## Notice Recipients

District/Off: 0974–3 | User: Admin. | Date Created: 2/26/2025
Case: 25–00667–JBM11 | Form ID: 184 | Total: 2

**Recipients of Notice of Electronic Filing:**
aty      Vincent Renda      vr@pinlegal.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      The Phair Company LLC      945 East J Street      Chula Vista, CA 91910

TOTAL: 1