CSD 1099 [12/01/23]

Name, Address, Telephone No. & I.D. No.

Vincent Renda, Esq. (CSB#213985)
PINNACLE LEGAL P.C.
9565 Waples Street, Suite #200
San Diego, CA 92121

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re THE PHAIR COMPANY LLC,

Debtor(s)

Bankruptcy No. 25-00667-JBM11

## BALANCE OF SCHEDULES, STATEMENTS, AND/OR CHAPTER 13 PLAN

Presented are the originals required by CSD 1800 Administrative Procedures [Check one or more boxes as appropriate]:

- ☐ Schedules A/B – J (Forms 106A/B - J & 206A/B-G)
- ☒ Statement of Financial Affairs for Individuals Filing for Bankruptcy (Form 107 & 207)
- ☒ Summary of Your Assets and Liabilities and Certain Statistical Information Schedules (Form 106Sum & 206Sum)
- ☐ Chapter 7 Statement of Your Current Monthly Income (Form 122A-1)
- ☐ Chapter 7 Statement of Exemption from Presumption of Abuse Under § 707(b)(2) (Form 122A-1Supp)
- ☐ Chapter 7 Means Test Calculation (Form 122A-2)
- ☐ Chapter 11 Statement of Your Current Monthly Income (Form 122B)
- ☐ Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Form 122C-1)
- ☐ Chapter 13 Calculation of Your Disposable Income (Form 122C-2)
- ☐ Chapter 13 Plan (CSD1300)
- ☒ Schedule A/B: Property (Form 106A/B & 206A/B)
- ☐ Schedule C: The Property You Claim as Exempt (Form 106C)
- ☒ Creditors Who Have Claims Secured by Property (Form 106D & 206D)
- ☒ Creditors Who Have Unsecured Claims (Form 106E/F & 206E/F)
- ☒ Executory Contracts & Unexpired Leases (Form 106G &206G)
- ☒ Your Co-Debtors (Form 106H)
- ☐ Schedule I: Your Income (Form 106I)
- ☐ Your Expenses (Form 106J)
- ☐ Expenses for Separate Household of Debtor 2 (Form 106J-2)

**If additional creditors are added at this time, the following are required:**
1. Electronic media required, see CSD 1007, containing only the added names and addresses (when the Balance of Schedules are filed on paper).
2. Local Form CSD 1101, *Notice to Creditors of This Debtor Added by Amendment or Balance of Schedules.* See instructions on reverse side.

Dated: 3/11/2025                    Signed: /s/ Vincent Renda

Attorney for Debtor

I[We]   Jeffrey David Phair            and _____ , the debtor(s), hereby declare under penalty of perjury that the information set forth in the balance of schedules and/or chapter 13 plan attached hereto, consisting of 3 0 pages, and on the creditor matrix, if any, is true and correct.

Dated: 3/11/2025

*Debtor                                                          *Joint Debtor

*If filed electronically, pursuant to LBR 5005-4(C), the original debtor signature(s) in a scanned format is required.

CSD 1099 [12/01/23]

## INSTRUCTIONS

1.  Local Form CSD 1101, *Notice to Creditors of The Above-Named Debtor Added by Amendment or Balance of Schedules*, may be used to notify any added entity.  When applicable, copies of the following notices must accompany the notice: Order for and Notice of Section 341(a) Meeting, Discharge of Debtor, Notice of Order Confirming Plan, and Proof of Claim.

2.  If not filed previously and this is an ECF case, the *Declaration Re: Electronic Filing of Petition, Schedules & Statements* (Local Form CSD 1801) must be filed in accordance with LBR 5005-4(c).

3.  If this is a Chapter 11 case, each member of any committee appointed must be served this Balance of Schedules.

## PROOF OF SERVICE

I, whose address appears below, certify:

That I am, and at all relevant times was, more than 18 years of age;

I served a true copy of this **Balance of Schedules and/or Chapter 13 Plan** on the following persons listed below via the following method(s):

1.  **To Be Served by the Court via Notice of Electronic Filing ("NEF"):**

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On _____3/11/2025_____ , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

Alyssa Ivancevich - alyssa.s.ivancevich@usdoj.gov, tiffany.l.carroll@usdoj.gov,ustp.region15@usdoj.gov
Elvina Rofael - elvina.rofael@usdoj.gov, Tiffany.L.Carroll@usdoj.gov;USTP.Region15@usdoj.gov

☐    Chapter 7 Trustee:

☒    For Chapter 7, 11, & 12 cases:                ☐    For Chapter 13 cases:

UNITED STATES TRUSTEE                            MICHAEL KOCH, TRUSTEE
ustp.region15@usdoj.gov                          mkoch@ch13.sdcoxmail.com

2.  **Served by United States Mail:**

On _____ , I served the following person(s) and/or entity(ies) at the last known in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

CSD 1099 [12/01/23]

3.    **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, on _____ , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery, and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on    3/11/2025                          /s/ Vincent Renda
                          (Date)                              (Typed Name and Signature)

                                                  9565 Waples Street, Suite #200
                                                      (Address)

                                                  San Diego, CA 92121
                                                      (City, State, ZIP Code)

**Fill in this information to identify the case**

| | |
|---|---|
| Debtor name | **The Phair Company LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DIST. OF CALIFORNIA** |
| Case number (if known) | **25-00667-JBM11** |

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1.  **Does the debtor have any cash or cash equivalents?**

    ☑ No. Go to Part 2.
    ☐ Yes. Fill in the information below.

    **All cash or cash equivalents owned or controlled by the debtor**                                                    **Current value of debtor's interest**

2.  **Cash on hand**                                                                                     _____

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

    Name of institution (bank or brokerage firm)              Type of account              Last 4 digits of account number

4.  **Other cash equivalents**     *(Identify all)*

    Name of institution (bank or brokerage firm)

5.  **Total of Part 1**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

    | |
    |---|
    | $0.00 |

### Part 2:   Deposits and prepayments

6.  **Does the debtor have any deposits or prepayments?**

    ☑ No. Go to Part 3.
    ☐ Yes. Fill in the information below.

Debtor  **The Phair Company LLC**
_____    Case number (if known)  **25-00667-JBM11**
Name

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

**Current value of debtor's interest**

9. **Total of Part 2.**
   Add lines 7 through 8. Copy the total to line 81.                        **$0.00**

---

### Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☑ No.  Go to Part 4.
    ☐ Yes.  Fill in the information below.

**Current value of debtor's interest**

11. **Accounts receivable**

11a. 90 days old or less:  _____ – _____ = ·············→  _____
                          face amount       doubtful or uncollectible accounts

11b. Over 90 days old:     _____ – _____ = ·············→  _____
                          face amount       doubtful or uncollectible accounts

12. **Total of Part 3**
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.     **$0.00**

---

### Part 4: Investments

13. **Does the debtor own any investments?**

    ☑ No.  Go to Part 5.
    ☐ Yes.  Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                    % of ownership:

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

17. **Total of Part 4**
    Add lines 14 through 16. Copy the total to line 83.                        **$0.00**

---

### Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☑ No.  Go to Part 6.
    ☐ Yes.  Fill in the information below.

Debtor **The Phair Company LLC**                                    Case number (if known) **25-00667-JBM11**
_____Name_____

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** | | | | |

23. **Total of Part 5**
    Add lines 19 through 22.  Copy the total to line 84.

$0.00

24. **Is any of the property listed in Part 5 perishable?**
    ☐ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☐ No
    ☐ Yes.  Book value _____   Valuation method _____   Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**
    ☑ No.  Go to Part 7.
    ☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops--either planted or harvested** | | | |
| 29. **Farm animals**  _Examples:_ Livestock, poultry, farm-raised fish | | | |
| 30. **Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |

33. **Total of Part 6.**
    Add lines 28 through 32.  Copy the total to line 85.

$0.00

34. **Is the debtor a member of an agricultural cooperative?**
    ☐ No
    ☐ Yes.  Is any of the debtor's property stored at the cooperative?
        ☐ No
        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
    ☐ No
    ☐ Yes.  Book value _____   Valuation method _____   Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
    ☐ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

Debtor    **The Phair Company LLC**                                    Case number (if known)    **25-00667-JBM11**
_____
Name

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38.** Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

☐ No.  Go to Part 8.
☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** Office furniture | | | |
| Office furniture | $10,000.00 | | $10,000.00 |
| **40.** Office fixtures | | | |
| Office fixtures | $5,000.00 | | $5,000.00 |
| **41.** Office equipment, including all computer equipment and communication systems equipment and software | | | |
| Office equipment/computers/copy machines | $5,000.00 | | $5,000.00 |

**42.** Collectibles  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.** Total of Part 7.
Add lines 39 through 42.  Copy the total to line 86.                         $20,000.00

**44.** Is a depreciation schedule available for any of the property listed in Part 7?
☑ No
☐ Yes

**45.** Has any of the property listed in Part 7 been appraised by a professional within the last year?
☑ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46.** Does the debtor own or lease any machinery, equipment, or vehicles?

☐ No.  Go to Part 9.
☑ Yes.  Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles | | | |
| 47.1. 2004 Ford F-150 Truck/230,000 miles | $3,356.00 | Kelley Blue Book | $3,356.00 |

**48.** Watercraft, trailers, motors, and related accessories Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels

**49.** Aircraft and accessories

**50.** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

**51.** Total of Part 8.
Add lines 47 through 50.  Copy the total to line 87.                         $3,356.00

**52.** Is a depreciation schedule available for any of the property listed in Part 8?
☑ No
☐ Yes

Debtor  **The Phair Company LLC**                         Case number (if known)  **25-00667-JBM11**
        Name

**53.  Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 9: | Real property |
|---|---|

**54.  Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes.  Fill in the information below.

**55.  Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description<br>such as Assessor Parcel Number (APN),<br>and type of property (for example,<br>acreage, factory, warehouse, apartment or<br>office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current<br>value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1.  **945 East J Street**<br>**Chula Vista,  CA 91910**<br>945 East J Street, Chula Vista, CA<br>91910<br>**Vacant Land** | Owner | $2,700,000.00 | | $2,700,000.00 |

**56.  Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.        $2,700,000.00

**57.  Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

**58.  Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 10: | Intangibles and Intellectual Property |
|---|---|

**59.  Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes.  Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **60.  Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.  Internet domain names and websites** | | | |
| **62.  Licenses, franchises, and royalties** | | | |
| **63.  Customer lists, mailing lists, or other compilations** | | | |
| **64.  Other intangibles, or intellectual property** | | | |
| **65.  Goodwill** | | | |

**66.  Total of Part 10.**

Add lines 60 through 65.  Copy the total to line 89.        $0.00

**67.  Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No
☐ Yes

| Debtor | **The Phair Company LLC** | Case number (if known) | **25-00667-JBM11** |
|---|---|---|---|
| | Name | | |

**68.** Is there an amortization or other similar schedule available for any of the property listed in Part 10?

☐ No
☐ Yes

**69.** Has any of the property listed in Part 10 been appraised by a professional within the last year?

☐ No
☐ Yes

## Part 11: All other assets

**70.** Does the debtor own any other assets that have not yet been reported on this form?
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.
☐ Yes. Fill in the information below.

Current value of
debtor's interest

**71.** Notes receivable

Description (include name of obligor)

**72.** Tax refunds and unused net operating losses (NOLs)

Description (for example, federal, state, local)

**73.** Interests in insurance policies or annuities

**74.** Causes of action against third parties (whether or not a lawsuit has been filed)

**75.** Other contingent and unliquidated claims or causes of action of every nature,
including counterclaims of the debtor and rights to set off claims

**76.** Trusts, equitable or future interests in property

**77.** Other property of any kind not already listed  *Examples:* Season tickets, country club membership

**78.** Total of Part 11.
Add lines 71 through 77. Copy the total to line 90.

$0.00

**79.** Has any of the property listed in Part 11 been appraised by a professional within the last year?

☐ No
☐ Yes

Debtor  **The Phair Company LLC**
Name

Case number (if known)  **25-00667-JBM11**

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $20,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $3,356.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..............................➜ | | $2,700,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. 91a. | $23,356.00  + 91b. | $2,700,000.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92.................................................... **$2,723,356.00**

**Fill in this information to identify the case:**

Debtor name __**The Phair Company LLC**__

United States Bankruptcy Court for the: __**SOUTHERN DIST. OF CALIFORNIA**__

Case number __**25-00667-JBM11**__
(if known)

☐ Check if this is an
   amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  |  | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports<br>this claim |
| --- | --- | --- | --- |
| **2.1** **Creditor's name**<br>**Dwight DeSantis** | Describe debtor's property that is subject to a lien<br>**945 East J Street, Chula Vista, CA 91910** | $1,300,000.00 | $2,700,000.00 |

**Creditor's name**
**Dwight DeSantis**

**Creditor's mailing address**
__**2255 Avenida De La Playa, #6**__

__La Jolla____CA__ __92037__

**Creditor's email address, if known**
_____

Date debt was incurred __7/26/2024__

**Last 4 digits of account number**   ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**
**945 East J Street, Chula Vista, CA 91910**

**Describe the lien**
**Loan**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**      $1,300,000.00

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | **The Phair Company LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DIST. OF CALIFORNIA |
| Case number (if known) | **25-00667-JBM11** |

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | Total claim | Priority amount |
|---|---|---|

**2.1** Priority creditor's name and mailing address

_____

_____

_____

_____

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Date or dates debt was incurred

_____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)(____)

| Debtor | **The Phair Company LLC** | Case number (if known) | **25-00667-JBM11** |
|---|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$450,000.00** |
|---|---|---|---|

**Duckor Metzger & Wynne**

**101 West Broadway, #1700**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **San Diego** | **CA** | **92101** | **Legal Fees** |
|---|---|---|---|

Date or dates debt was incurred    **2024-2025**

**Is the claim subject to offset?**

Last 4 digits of account number    ___ ___ ___ ___

☑ No
☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,300,000.00** |
|---|---|---|---|

**Renzulli Properties,LLC**

**3383 La Junita Avenue**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

| **San Diego** | **CA** | **92117** | **Judgment** |
|---|---|---|---|

Date or dates debt was incurred    **3/2024**

**Is the claim subject to offset?**

Last 4 digits of account number    ___ ___ ___ ___

☑ No
☐ Yes

| Debtor | __The Phair Company LLC__ | Case number (if known) | __25-00667-JBM11__ |
|---|---|---|---|

## Part 3:  List Others to Be Notified About Unsecured Claims

4.   List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

4.1   __Thomas Renzulli__

__3383 La Junita Avenue__

__San Diego__          __CA__     __92117__

Line    __3.2__

☐   Not listed.  Explain:

___ ___ ___ ___

4.2   __Walt Pennington, Esq.__

__Pennington Law Firm__

__3304 30th Street__

__San Diego__          __CA__     __92104__

Line    __3.2__

☐   Not listed.  Explain:

___ ___ ___ ___

Debtor    **The Phair Company LLC**        Case number (if known)   **25-00667-JBM11**

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**    Add the amounts of priority and nonpriority unsecured claims.

                                                                     **Total of claim amounts**

5a.   **Total claims from Part 1**                                   5a.             **$0.00**

5b.   **Total claims from Part 2**                                   5b. **+**       **$4,750,000.00**

5c.   **Total of Parts 1 and 2**                                    5c.       **$4,750,000.00**
          Lines 5a + 5b = 5c.

**Fill in this information to identify the case:**

Debtor name __The Phair Company LLC__

United States Bankruptcy Court for the: __SOUTHERN DIST. OF CALIFORNIA__

Case number __25-00667-JBM11__              Chapter __11__
(if known)

☐ Check if this is an
   amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**                    State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **The Phair Company LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DIST. OF CALIFORNIA** |
| Case number (if known) | **25-00667-JBM11** |

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries consecutively.  Attach the Additional Page to this page.

1.  **Does the debtor have any codebtors?**

☐ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.

☑ Yes

2.  **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*  Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** / **Mailing address** | | **Name** | **Check all schedules that apply:** |
| 2.1 **Jeffrey David Phair** | **8311 The Grant Place** <br> Number      Street <br><br> **Bonita**            **CA**   **91902** <br> City                         State   ZIP Code | **Dwight DeSantis** | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.2 **Jeffrey David Phair** | **8311 The Grant Place** <br> Number      Street <br><br> **Bonita**            **CA**   **91902** <br> City                         State   ZIP Code | **Duckor Metzger & Wynne** | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.3 **Jeffrey David Phair** | **8311 The Grant Place** <br> Number      Street <br><br> **Bonita**            **CA**   **91902** <br> City                         State   ZIP Code | **Renzulli Properties,LLC** | ☐ D <br> ☑ E/F <br> ☐ G |

**Fill in this information to identify the case:**

Debtor Name   **The Phair Company LLC**

United States Bankruptcy Court for the:   **SOUTHERN DIST. OF CALIFORNIA**

Case number (if known):   **25-00667-JBM11**

☐ Check if this is an amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

### Part 1:   Summary of Assets

1.  *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

   1a.  **Real property:**
   Copy line 88 from Schedule A/B.................................................................... | **$2,700,000.00**

   1b.  **Total personal property:**
   Copy line 91A from Schedule A/B.................................................................. | **$23,356.00**

   1c.  **Total of all property**
   Copy line 92 from Schedule A/B..................................................................... | **$2,723,356.00**

### Part 2:   Summary of Liabilities

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D........................ | **$1,300,000.00**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a.  **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F..................................... | **$0.00**

   3b.  **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F.................... | **+   $4,750,000.00**

4.  **Total liabilities**
   Lines 2 + 3a + 3b........................................................................................ | **$6,050,000.00**

---

**Fill in this information to identify the case and this filing:**

Debtor Name **The Phair Company LLC**

United States Bankruptcy Court for the: **SOUTHERN DIST. OF CALIFORNIA**

Case number **25-00667-JBM11**
(if known)

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING – Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☑ *Schedule H: Codebtors* (Official Form 206H)

- ☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

- ☐ Amended Schedule _____

- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __03/11/2025__
     MM / DD / YYYY

X __/s/ Jeffrey David Phair__
   Signature of individual signing on behalf of debtor

__Jeffrey David Phair__
Printed name

__Managing Member__
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name ___The Phair Company LLC___

United States Bankruptcy Court for the: __SOUTHERN DIST. OF CALIFORNIA__

Case number __25-00667-JBM11__
(if known)

☐ Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:    Income

1.   **Gross revenue from business**

☐ None

| | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply. | Gross revenue<br>(before deductions and exclusions |
|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From __01/01/2025__ to Filing date<br>MM / DD / YYYY | | ☑ Operating a business<br>☐ Other _____ | $0.00 |
| For prior year: | From __01/01/2024__ to __12/31/2024__<br>MM / DD / YYYY   MM / DD / YYYY | | ☑ Operating a business<br>☐ Other _____ | $0.00 |
| For the year before that: | From __01/01/2023__ to __12/31/2023__<br>MM / DD / YYYY   MM / DD / YYYY | | ☑ Operating a business<br>☐ Other _____ | $624,471.00 |

2.   **Non-business revenue**
     Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3.   **Certain payments or transfers to creditors within 90 days before filing this case**

     List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

Debtor **The Phair Company LLC**                                    Case number (if known) **25-00667-JBM11**
        Name

**4.    Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575.  (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor.  11 U.S.C. § 101(31).

☑ None

**5.    Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.  Do not include property listed in line 6.

☐ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | **Renzulli Properties, LLC**<br>Creditor's name<br>**8015 Balboa Avenue**<br>Street<br><br>**San Diego**        **CA**     **92111**<br>City                State   ZIP Code | **Bank Levy** | **8/13/2024** | **$190,919.42** |

**6.    Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

**Part 3:    Legal Actions or Assignments**

**7.    Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Jeff Phair, et al v. Renzulli Properties, LLC**<br><br>Case number<br>**37-2022-00046736** | **Breach of Contract/Warranty:Specific Performance** | **Superior Court of California**<br>Name<br>**County of San Diego**<br>Street<br>**330 W. Broadway**<br><br>**San Diego**        **CA**     **92101**<br>City                State   ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Affordable Housing Land Consultants LLC v. Renzulli Properties, LLC, et al**<br><br>Case number<br>**24CL020598C** | **Other Real Property** | **Superior Court of California**<br>Name<br>**County of San Diego**<br>Street<br>**330 W. Broadway**<br><br>**San Diego**        **CA**     **92101**<br>City                State   ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

| Debtor | **The Phair Company LLC** | | Case number (if known) | **25-00667-JBM11** |
|--------|---------------------------|--|------------------------|--------------------|
| | Name | | | |

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|--|-----------|----------------|------------------------------------|----------------|
| 7.3. | **The Phair Company LLC, et al v. Margret Yaptangco, et al** | Arbitration | **American Arbitration Association** | ☑ Pending |
| | | | Name | ☐ On appeal |
| | | | Street | ☐ Concluded |
| | **Case number** | | | |
| | 01-24-00002612 | | | |
| | | | City          State    ZIP Code | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

## Part 4:  Certain Gifts and Charitable Contributions

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

## Part 5:  Certain Losses

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

## Part 6:  Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☑ None

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

Debtor    __The Phair Company LLC_____    Case number (if known)    __25-00667-JBM11__
                Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☑ None

## Part 7:    Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- diagnosing or treating injury, deformity, or disease, or

- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes.  State the nature of the information collected and retained _____

    Does the debtor have a privacy policy about that information?
        ☐ No.
        ☐ Yes.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No.  Go to Part 10.
☐ Yes.  Does the debtor serve as plan administrator?
        ☐ No.  Go to Part 10.
        ☐ Yes.  Fill in below:

| Debtor | The Phair Company LLC | Case number (if known) | 25-00667-JBM11 |
|---|---|---|---|
| | Name | | |

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. **Torrey Pines Bank** <br> Name <br><br> **8379 Center Drive** <br> Street <br><br> **La Mesa    CA   91942** <br> City    State   ZIP Code | XXXX- **6   1   8   3** | ☑ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other | **6/2024** | **$93.65** |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held in trust.  Do not list leased or rented property.

☑ None

| Debtor | **The Phair Company LLC** | Case number (if known) | **25-00667-JBM11** |
| --- | --- | --- | --- |
| | Name | | |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless or the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
    Include settlements and orders.

    ☑ No
    ☐ Yes. Provide details below.

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ☑ No
    ☐ Yes. Provide details below.

24. **Has the debtor notified any govermental unit of any release of hazardous material?**

    ☑ No
    ☐ Yes. Provide details below.

## Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ☑ None

26. **Books, records, and financial statements**

    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

    ☑ None

    26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

    ☑ None

    26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

    ☑ None

| Debtor | **The Phair Company LLC** | Case number (if known) | **25-00667-JBM11** |
|---|---|---|---|
| | Name | | |

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

### 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No.

☐ Yes.  Give the details about the two most recent inventories.

### 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jeffrey David Phair** | **8311 The Grant Place Bonita, CA 91902** | **Managing Member / Owner** | **100%** |

### 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes.  Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|

### 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes.  Identify below.

### 31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No

☐ Yes.  Identify below.

### 32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No

☐ Yes.  Identify below.

| Debtor | **The Phair Company LLC** | Case number (if known) | **25-00667-JBM11** |
|---|---|---|---|
| | Name | | |

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **03/11/2025**
            MM / DD / YYYY

X **/s/ Jeffrey David Phair**                                         Printed name  **Jeffrey David Phair**
    Signature of individual signing on behalf of the debtor

    Position or relationship to debtor  **Managing Member**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) **attached?**
☑ No
☐ Yes

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**SAN DIEGO DIVISION**

In re:  **The Phair Company LLC**

CASE NO   **25-00667-JBM11**

CHAPTER   **11**

## BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

    1. Gross Income for 12 Months Prior to Filing:        **$0.00**

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

    2. Gross Monthly Income:        **$0.00**

PART C - ESTIMATED AVERAGE FUTURE MONTHLY EXPENSES:

    3. Net Employee Payroll (Other Than Debtor):    **$0.00**
    4. Payroll Taxes:    **$0.00**
    5. Unemployment Taxes:    **$0.00**
    6. Worker's Compensation:    **$0.00**
    7. Other Taxes:    **$0.00**
    8. Inventory Purchases (including raw materials):    **$0.00**
    9. Purchase of Feed/Fertilizer/Seed/Spray:    **$0.00**
    10. Rent (other than debtor's principal residence):    **$0.00**
    11. Utilities:    **$0.00**
    12. Office Expenses and Supplies:    **$0.00**
    13. Repairs and Maintenance:    **$0.00**
    14. Vehicle Expenses:    **$0.00**
    15. Travel and Entertainment:    **$0.00**
    16. Equipment Rental and Leases:    **$0.00**
    17. Legal/Accounting/Other Professional Fees:    **$0.00**
    18. Insurance:    **$0.00**
    19. Employee Benefits (e.g., pension, medical, etc.):    **$0.00**
    20. Payments to be Made Directly by Debtor to Secured Creditors for
        Pre-Petition Business Debts (Specify):    **None**
    21. Other (Specify):    **None**
    22. Total Monthly Expenses (Add items 3 - 21)    **$0.00**

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

    23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2):    **$0.00**

B2030 (Form 2030) (12/15)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA
## SAN DIEGO DIVISION

In re  **The Phair Company LLC**

Case No.   **25-00667-JBM11**

Chapter   **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept................................................................. | **Hourly** |
| Prior to the filing of this statement I have received....................................................... | **$25,000.00***  |
| Balance Due................................................................................................................... | **Balance due after retainer from hourly billing** |

2. The source of the compensation paid to me was:

   ☑ Debtor              ☐ Other (specify)

   *Includes a $18,345 retainer that has been paid, but not applied to any fees/costs. Does not include an additional filing fee of $1,738

3. The source of compensation to be paid to me is:

   ☑ Debtor              ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 03/11/2025 | /s/ Vincent Renda | |
|---|---|---|
| Date | Vincent Renda | Bar No.  213985 |
| | Pinnacle Legal P.C. | |
| | 9565 Waples Street, Suite 200 | |
| | San Diego, CA 92121 | |
| | Phone: (858) 868-5000 / Fax: (866) 303-8383 | |

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

## THE PHAIR COMPANY LLC

I, Jeffrey David Phair, declare under penalty of perjury that I am the Managing Member of The Phair Company LLC and that the following is a true and correct copy of the resolutions adopted at a special meeting of the Board of Directors of said corporation duly called and held on February 24, 2025.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Jeffrey David Phair, Managing Member of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Jeffrey David Phair, Managing Member of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Jeffrey David Phair, Managing Member of this Corporation, is authorized and directed to employ Vincent Renda, Esq., and the law firm of Pinnacle Legal P.C. to represent the Corporation in such bankruptcy case."

Date: March 11, 2025          Signed: _____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**SAN DIEGO DIVISION**

IN RE:   **The Phair Company LLC**

CASE NO   **25-00667-JBM11**

CHAPTER   **11**

## <u>VERIFICATION OF CREDITOR MATRIX</u>

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  3/11/2025

Signature   */s/ Jeffrey David Phair*
            *Jeffrey David Phair*
            *Managing Member*

Date

Signature

```
Duckor Metzger & Wynne
101 West Broadway, #1700
San Diego, CA 92101



Dwight DeSantis
2255 Avenida De La Playa, #6
La Jolla, CA 92037



Jeffrey David Phair
8311 The Grant Place
Bonita, CA 91902



Renzulli Properties,LLC
3383 La Junita Avenue
San Diego, CA 92117



Thomas Renzulli
3383 La Junita Avenue
San Diego, CA 92117



Walt Pennington, Esq.
Pennington Law Firm
3304 30th Street
San Diego, CA 92104
```