UNITED STATES BANKRUPTCY COURT
Southern District of California San Diego

| In re:<br>The Phair Company LLC,<br>    Debtor(s). | Case No.: 25-00667<br>Chapter: 11 |
|---|---|

## PROOF OF SERVICE

I, Guadalupe Bolanos, state as follows:

I am over the age of 18 and not a party to the above-captioned case. I am employed by BMC Group, Inc., an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Rules 9001(9) and 2002(g)(4) of the Federal Rules of Bankruptcy Procedure.

I declare that on 04/11/2025, as directed by Office of the United States Trustee, true and correct copy(s) of the following document(s) were served on the party(s) listed on the attached exhibit(s) via the mode(s) of service thereon indicated. Such service was performed under my direct supervision, by employees of BMC Group, Inc.

Objection and Reservation of Rights of the United States Trustee to the Application to Employ Pinnacle Legal P.C. as General Counsel filed by Alyssa Ivancevich of DOJ-Ust on behalf of on behalf of United States Trustee. (related documents 16 Application to Employ) (Ivancevich, Alyssa) (Entered: 04/11/2025)

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

04/11/2025

*/s/ Guadalupe Bolanos*
Guadalupe Bolanos
BMC Group, Inc.
Approved Bankruptcy Notice Provider
info@bmcgroup.com;
888.909.0100

**Exhibit A - Certificate of Service**
**The Phair Company LLC 25-00667**

| List ID | Name and Address of Served Party | Mode of Service |
| --- | --- | --- |
| 23103 | Pinnacle Legal P.C., Vincent Renda, 9565 Waples Street, Suite #200, San Diego, CA, 92121, United States of America, vr@pinlegal.com | **First Class** |
| 23103 | The Phair Company LLC, 945 East J Street, SAN DIEGO-CA, Chula Vista, CA, 91910, United States of America | **First Class** |