Vincent Renda, Esq. (CSB# 213985)
PINNACLE LEGAL, P.C.
9565 Waples Street, Suite #200
San Diego, CA 92121
Tel: 858-868-5000
Fax: 866-303-8383
Email: vr@pinlegal.com

Attorneys for Debtor and Debtor-in-Possession,
The Phair Company LLC

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 25-00667-JBM11 |
| THE PHAIR COMPANY LLC, | Chapter 11 |
| Debtor and Debtor-in-Possession. | Honorable J. Barrett Marum |
| | **DECLARATION OF JULIE PHAIR IN SUPPORT OF APPLICATION BY DEBTOR AND DEBTOR-IN-POSSESSION TO EMPLOY PINNACLE LEGAL P.C. AS GENERAL COUNSEL** |

I, JULIE K. PHAIR, say and declare as follows:

1. I am an individual over 18 years of age and competent to make this Declaration.

2. If called as a witness, I could and would competently testify to the following of my own personal knowledge.

3. I make this Declaration in support of Debtor's Application to Employ Pinnacle Legal P.C., as General Counsel ("Application") filed by Debtor and Debtor-in-Possession, The Phair Company LLC ("Debtor").

4. All capitalized terms not defined herein shall have the meaning as set forth in the Application.

---

1
**DECLARATION OF JULIE PHAIR IN SUPPORT OF APPLICATION BY DEBTOR AND DEBTOR-IN-POSSESSION TO EMPLOY PINNACLE LEGAL P.C. AS GENERAL COUNSEL**

5. I am the spouse of Jeffrey David Phair who is the principal of the Debtor, The Phair Company LLC.

6. I funded a $25,000 retainer ("Retainer") to the Firm for Debtor's bankruptcy case via wire transfer. I provided the Retainer as a gift to The Phair Company LLC to fund the attorneys' fees and litigation costs of the bankruptcy case.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 14, 2025.

*/s/ Julie Phair*
JULIE PHAIR

CSD 3010 [12/01/23]

Name, Address, Telephone No. & I.D. No.

Vincent Renda, Esq. (CSB#213985)
Pinnacle Legal P.C.
9565 Waples Street, Suite 200
San Diego, CA 92121
Tel: 858-868-5000 Fax: 868-303-8383
Email: vr@pinlegal.com

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
THE PHAIR COMPANY LLC,
                                                    Debtor(s)

BANKRUPTCY NO. 25-00667-JBM11

                                                    Plaintiff(s)

ADVERSARY NO.

v.

                                                    Defendant(s)

# PROOF OF SERVICE

I, Vincent Renda, am a resident of the State of California, over the age of 18 years, and not a party to this action.

On 4/16/2025, I served the following documents:

DECLARATION OF JULIE PHAIR IN SUPPORT OF APPLICATION BY DEBTOR AND DEBTOR-IN-POSSESSION TO EMPLOY PINNACLE LEGAL P.C. AS GENERAL COUNSEL

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF"):**

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On 4/16/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

Alyssa Ivancevich/alyssa.s.ivancevich@usdoj.gov, tiffany.l.carroll@usdoj.gov
Elvina Rofael/elvina.rofael@usdoj.gov; tiffany.l.carroll@usdoj.gov
Walt Pennington/wpennington@pennfirm.com

☐ Chapter 7 Trustee:

☒ For Chapter 7, 11, & 12 cases:
UNITED STATES TRUSTEE
ustp.region15@usdoj.gov

☐ For Chapter 13 cases:
MICHAEL KOCH, TRUSTEE
mkoch@ch13.sdcoxmail.com

CSD 3010 [12/01/23]

2. **Served by United States Mail**:

On 4/16/2025 , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

The Phair Company LLC
945 East J Street
Chula Vista, CA 91910

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, on _____ , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on  4/16/2025                    /s/ Vincent Renda
             (Date)                       (Typed Name and Signature)

                                          9565 Waples Street, Suite 200
                                          (Address)

                                          San Diego, CA 92121
                                          (City, State, ZIP Code)