Vincent Renda, Esq. (CSB# 213985)
PINNACLE LEGAL, P.C.
9565 Waples Street, Suite #200
San Diego, CA 92121
Tel: 858-868-5000
Fax: 866-303-8383
Email: vr@pinlegal.com

Attorneys for Debtor and Debtor-in-Possession,
The Phair Company LLC

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

In re:

THE PHAIR COMPANY LLC,

             Debtor and Debtor-in-Possession.

Case No.  25-00667-JBM11

Chapter 11

Honorable J. Barrett Marum

**DECLARATION OF VINCENT RENDA IN SUPPORT OF APPLICATION BY DEBTOR AND DEBTOR-IN-POSSESSION TO EMPLOY PINNACLE LEGAL P.C. AS GENERAL COUNSEL**

I, VINCENT RENDA, say and declare as follows:

1.      I am an individual over 18 years of age and competent to make this Declaration.

2.      I am an attorney at law duly admitted to practice before this Court and all courts of the State of California.

3.      I am the principal attorney with Pinnacle Legal P.C. ("Firm") and maintain offices at 9565 Waples Street, Suite 200, San Diego, CA 92121.

4.      I make this Declaration in support of Debtor's Application to Employ Pinnacle Legal P.C. as General Counsel ("Application") filed by Debtor and Debtor-in-Possession, The Phair Company LLC ("Debtor").

5.      If called as a witness, I could and would competently testify to the following of my

own personal knowledge.

6.      On April 9, 2025, I received written correspondence from Alyssa S. Ivancevich on behalf of the United States Trustee ("U.S. Trustee") with the U.S. Trustee's preliminary comments with respect to the Application.

7.      The U.S. Trustee requested clarification regarding whether the $25,000 third party retainer paid to the Firm by the Debtor's spouse, Julie Phair, was a gift or a loan to the estate. Concurrently with the filing of this Declaration, my office will file a declaration from Debtor's spouse, Julie Phair, confirming that the retainer was a gift, and not a loan.

8.      The U.S. Trustee requested my declaration to include Statements of Disinterestedness. The Firm's practice is limited to matters of bankruptcy, insolvency, reorganization and litigation. The Firm does not have a "commercial" practice outside of bankruptcy. From its inception, the Firm has maintained databases of all bankruptcy cases in which it has been employed, through document management and billing systems. For every new potential case where the Firm is employed, a search of these databases of the Debtor(s) and all creditors is performed to ascertain if the Firm has any previous relationship that would prevent its employment in the case. In this case, the Firm completed a conflicts check prior to submitting the Application by using the information provided by Debtor against the Firm's databases. As a result of the conflicts check, no relationship was identified that would prevent employment in this matter. The Firm believes it is a "disinterested person" as that term is defined in 11 U.S.C. §101(14).

9.      The U.S. Trustee requested that the Firm address the disclosure of all connections with the debtor, creditors, any party in interest, or the United States Trustee. To the best of my knowledge, none of the attorneys comprising or employed by the Firm have any connection with any judge of the United States Bankruptcy Court for the Southern District of California, the United States Trustee, or any person currently employed in the Office of the United States Trustee. None of the Firm's attorneys have served as law clerks or externs to bankruptcy judges in the Southern District of California.

10.      The U.S. Trustee requested that the Firm file a proposed Order pursuant to LBR 2014-1(a). A copy of the proposed order is attached to this declaration as Exhibit "1".

**DECLARATION OF VINCENT RENDA IN SUPPORT OF APPLICATION BY DEBTOR AND DEBTOR-IN-POSSESSION TO EMPLOY PINNACLE LEGAL P.C. AS GENERAL COUNSEL**

11.    Finally, the U.S. Trustee requested that the Firm obtain the signature of the Debtor and Debtor-in-Possession on the Application to Employ Attached to this Declaration as Exhibit "2" is the Application to Employ containing the signature of the Debtor and Debtor-in-Possession.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 14, 2025.

By: /s/ Vincent Renda
Vincent Renda, Esq.

**DECLARATION OF VINCENT RENDA IN SUPPORT OF APPLICATION BY DEBTOR AND DEBTOR-IN-POSSESSION TO EMPLOY PINNACLE LEGAL P.C. AS GENERAL COUNSEL**

# EXHIBIT 1

**CSD 1001A** [07/01/18]
Name, Address, Telephone No. & I.D. No.
Vincent Renda,  Esq. (CSB#213985)
PINNACLE LEGAL P.C.
9565 Waples Street, Suite #200
San Diego, CA 92121
Tel: 858-868-5000 Fax: 866-303-8383
Email: vr@pinlegal.com

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

THE PHAIR COMPANY LLC,

                                                    Debtor.

BANKRUPTCY NO. 25-00667-JBM11

Date of Hearing:  n/a
Time of Hearing:  n/a
Name of Judge:  n/a

## ORDER ON

### APPLICATION BY DEBTOR AND DEBTOR-IN-POSSESSION TO EMPLOY PINNACLE LEGAL P.C. AS GENERAL COUNSEL

    The court orders as set forth on the continuation pages attached and numbered    2    through    2    with

exhibits, if any, for a total of    2    pages.  Motion/Application Docket Entry No.    16    .

//

//

//

//

//

//

//


DATED:                                          _____
                                                Judge, United States Bankruptcy Court


CSD 1001A

**CSD 1001A** [07/01/18]**(Page 2)**
ORDER ON APPLICATION BY DEBTOR AND DEBTOR-IN-POSSESSION TO EMPLOY PINNACLE LEGAL P.C. AS
DEBTOR: THE PHAIR COMPANY LLC,
CASE NO: 25-00667-JBM11

The Court, having considered the application ("Application") of The Phair Company LLC, the debtor and debtor-in-possession ("Debtor") herein, for an order approving employment of Pinnacle Legal P.C. ("Firm") as the Debtor's general counsel, pursuant to 11 U.S.C. §327 and the Declaration of Vincent Renda, Esq., ("Renda Declaration") in support thereof, and the Court having found that it has jurisdiction to consider the Application and the relief requested therein and that this is a core proceeding; and upon consideration of the Application, the Renda Declaration, the other pleadings and papers related to the Application, and that the relief requested is in the best interest of the Debtor's bankruptcy estate, and good cause appearing,

IT IS HEREBY ORDERED:

1. The Application is granted as set forth herein.

2. The Arbitration Clause as outlined in the Debtor's retention letter with the Firm is hereby stricken.

3. The Debtor is authorized to employ the Firm, as his general counsel pursuant to 11 U.S.C. §327 at the Firm's hourly rates with any compensation and reimbursement of costs to be paid by the Estate only upon application to and approval by the Court pursuant to 11 U.S.C. §§ 330 and 331.

CSD 1001A

# EXHIBIT 2

Vincent Renda, Esq. (CSB# 213985)
PINNACLE LEGAL, P.C.
9565 Waples Street, Suite #200
San Diego, CA 92121
Tel: 858-868-5000
Fax: 866-303-8383
Email: vr@pinlegal.com

Attorneys for Debtor and Debtor-in-Possession,
The Phair Company LLC

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

In re:

THE PHAIR COMPANY LLC,

              Debtor.

Case No.  25-00667-JBM11

Chapter 11

Honorable J. Barrett Marum

**APPLICATION BY DEBTOR AND DEBTOR-IN-POSSESSION TO EMPLOY PINNACLE LEGAL P.C. AS GENERAL COUNSEL**

**TO THE HONORABLE J. BARRETT MARUM, UNITED STATES BANKRUPTCY COURT JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE AND ALL INTERESTED PARTIES:**

Debtor and Debtor-in-Possession, The Phair Company LLC ("Debtor") respectfully submits this application ("Application") for entry of an order authorizing the employment of Pinnacle Legal P.C. ("Firm"), as Debtor's general counsel in this case pursuant to 11 U.S.C. § 327. In support of this Application, Debtor respectfully represents as follows:

## I.    SUMMARY OF ARGUMENT

Under Local Bankruptcy Rule 2014-1(a), within 30 days from the petition date, a chapter 11 debtor must file an application to retain all professionals as of the outset of the case in accordance with Federal

Rule of Bankruptcy Procedure ("FRBP") 2014(a), along with a declaration of disinterestedness and the proposed order.

In this case, Debtor seeks to employ the Firm as its general counsel. The Firm seeks compensation pursuant to 11 U.S.C. §§ 330 and 331. Debtor requires assistance from the Firm as its general counsel to provide services including, but not limited to, assisting with the development and drafting of a disclosure statement and Chapter 11 plan, negotiating with creditors to gain support for the plan, filing motions, adversary proceedings, and applications to protect Debtor's interests, as necessary, ensuring Debtor's compliance with the Bankruptcy Code, the FRBP, and the Local Bankruptcy Rules, including preparation and filing of periodic reporting, and assisting with the implementation of a confirmed plan.

As further set forth in the Application, the requirements of Local Bankruptcy Rule 2014-1 and FRBP 2014 are met. Thus, Debtor respectfully requests that this Court approve the Application and authorize the employment of the Firm as Debtor's general counsel.

## II.    FACTUAL BACKGROUND

### A. The Phair Company, LLC

The Phair Company, LLC was established in 1988 as a small real estate development company in San Diego. Jeffrey David Phair is the sole member of Phair Company, LLC. The Phair Company, LLC employs Jeffrey David Phair and his non-debtor spouse, Julie Phair ("Julie"), and two independent contractors, a secretary and a handyman.

In conjunction with The Phair Company, LLC, Debtor identifies well-located vacant parcels of raw land in San Diego that are typically zoned for agricultural use. From there, Debtor enters into purchase contracts with the landowner that gives a long-term option to purchase the land after Debtor obtains development approvals. Generally, it takes approximately there, Debtor enters into purchase contracts with the landowner that gives a long-term option to purchase the land after Debtor obtains development approvals. Generally, it takes approximately three to seven years to process the development entitlements to build the homes or apartments through the City of San Diego. Once the City of San Diego approves the

permits, Debtor and The Phair Company, LLC, sell the land to a development company that builds the homes or apartments.

While the projects are in the process of obtaining the appropriate permits, Debtor and Julie do not receive an income. They do not receive an income until the land is ultimately sold to the development company that builds the homes or apartments.

**B. Financial Difficulties & the Scripps Ranch Project**

In 2018, Debtor entered an escrow with Renzulli Properties, LLC ("Renzulli") to purchase 40 acres of land that he owns in a suburb of San Diego called Scripps Ranch ("Scripps Ranch Project") for $16 million. After going under contract on the Scripps Ranch Project, Debtor started processing entitlements to build 100 homes. After approximately three and half years, the City of San Diego gave Debtor tentative approval of the Scripps Ranch Project, subject to completion of an Environmental Impact Report ("EIR"), required under the California Environmental Quality Act. The EIR takes approximately eighteen months to conduct all the field studies that need to be approved by the California Department of Fish & Wildlife and the U.S. Department of Fish & Wildlife. Unfortunately, to date, Renzulli has refused to give Debtor access to his property to conduct the EIR for the Scripps Ranch Project.

During the COVID-19 pandemic, the City of San Diego planning department closed, effectively stopping the project approval process. During this time, Debtor negotiated an extension with Renzulli for the Scripps Ranch Project and agreed that the escrow closing date for the project would be extended for the length of time that COVID closed the City of San Diego's planning department. That extension agreement extended escrow until late 2025.

In early 2022, Debtor received initial approval of his development entitlements and was approximately 80% complete with the development approval process. As a result, the value of Renzulli's property increased exponentially. After receiving a substantially higher offer from a third-party purchaser, Renzulli filed for arbitration, claiming that the COVID extension was not valid and asking for specific performance. The arbitrator ruled that Debtor had to pay accruing interest at 10% on the contract purchase price of $16 million and on judgment of $3.5 million to Renzulli.

In the interim, Renzulli has refused to return to arbitration and refused to allow Debtor access to the property so that he can complete the required EIR, obtain a final map from the City, and sell the property to the home construction company, Lennar. As a result, Renzulli continues to be entitled to monthly interest of $162,000, while preventing Debtor from being able to complete the project. Because of Debtor's efforts, the Scripps Ranch Project is worth $34 million, almost double the escrow contract price with Renzulli. Had Renzulli not breached the contract and sold the Scripps Ranch Project to Debtor two years ago, Debtor would have profited approximately $14 million after payment of various costs.

## C. The 945 East J Street Project

The Phair Company, LLC currently owns a development project for 5 acres of vacant land that is not zoned ("945 East J Street Project"). Debtor has spent three years processing the entitlements to build 25 homes for the 945 East J Street Project. Debtor anticipates that The Phair Company, LLC will obtain the final approvals for the project within twelve (12) to eighteen (18) months. When final approval is obtained, and there are no entitlement risks, such as pending lawsuits from neighboring communities, The Phair Company, LLC will be able to sell the 945 East J Street Project for $5 million, resulting in a profit of $1 million to $3 million. Because Debtor is the sole member of The Phair Company, LLC, he will be entitled to a distribution on account of his membership interest, subject to Court approval.

## D. Bella Mar Project

Debtor is also working on a development project for 380 apartments that is owned by the Bella Mar Land Investors, LLC ("Bella Mar Project"). The Bella Mar Project land is in the jurisdiction of the California Coastal Commission, which has filed several lawsuits to stop development in the area where the Bella Mar Project is located. After 20 years, the Bella Mar Project was approved by the California Coastal Commission. In the absence of an appeal, Debtor, through Bella Mar Land Investors, LLC, will put the Bella Mar Project on the market for sale in April 2025. Currently, Debtor has invested $10 million in the Bella Mar Project and anticipates that he will make a profit of approximately $5 million upon the sale of the Bella Mar Project.

APPLICATION BY DEBTOR AND DEBTOR-IN-POSSESSION TO EMPLOY PINNACLE LEGAL P.C. AS GENERAL COUNSEL

### E. Bankruptcy Filing

On February 26, 2025, Debtor filed a voluntary petition under Chapter 11 of Title 11, commencing Bankruptcy Case No. 25-00667-JBM11.

### 3. Requirements for Application to Employ Professional

Pursuant to Rule 2014 of the Federal Rules of Bankruptcy Procedure ("FRBP") there follows a summary of the proposed employment of the Firm. Should the Office of the United States Trustee, the Court, or any party in interest request additional information, the Firm will provide more information prior to any hearing on this Application.

### A. FRBP 2014.

Rule 2014(a) of the Federal Rules of Bankruptcy Procedure provides as follows:

> An order approving the employment of attorneys, accountants, appraisers, auctioneers, agents, or other professionals pursuant to § 327, § 1103, or § 1114 of the Code shall be made only on application of the trustee or committee. The application shall be filed and, unless the case is a chapter 9 municipality case, a copy of the application shall be transmitted by the applicant to the United States Trustee. The application shall state the specific facts showing the necessity for the employment, the name of the person to be employed, the reasons for the selection, the professional services to be rendered, any proposed arrangement for compensation, and, to the best of the applicant's knowledge, all of the person's connections with the Debtors, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee. The application shall be accompanied by a verified statement of the person to be employed setting forth the person's connections with the Debtors, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee.

Debtor seeks to employ the Firm. A copy of this Application will be served on the Office of the United States Trustee.

/ / /

/ / /

APPLICATION BY DEBTOR AND DEBTOR-IN-POSSESSION TO EMPLOY PINNACLE LEGAL P.C. AS GENERAL COUNSEL

### i. FRBP 2014 - Facts Showing the Necessity for Employment.

FRBP 2014(a) requires that the application state the specific facts showing the necessity for employment. Fed. R. Bankr. P. 2014(a). Debtor requires the assistance of general counsel to develop and draft a disclosure statement and Chapter 11 plan, negotiate with creditors to gain support for the plan, file motions and applications to protect Debtor's interests as necessary, ensure compliance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Bankruptcy Rules, including preparation and filing of periodic reporting, and assist with the implementation of a confirmed plan. The Firm is knowledgeable and experienced in representing Chapter 11 debtors in these areas.

### ii. FRBP 2014 – Name of the Person to Be Employed.

FRBP 2014 requires that the application state the name of the person to be employed. Fed. R. Bankr. P. 2014(a). Debtor seeks to employ the law firm of Pinnacle Legal P.C. Pursuant to Rule 2014(b) of the Federal Rules of Bankruptcy Procedure, partners, members, and regular associates of the Firm will act as attorneys for Debtor and the Estate without further order of the court.

The professionals and paraprofessionals who may render services in connection with the Firm's representation of the Estate are identified in the Firm's billing details, to be submitted with each application for allowance of fees and reimbursement of costs, by their initials. Those persons are:

Principal Attorney: Vincent Renda
Associates: Robert Wright
Paralegals: Laurie Dillon
           Kelley Vuong

### iii. FRBP 2014 - Reasons for the Selection.

FRBP 2014(a) requires that the application state the reasons for the selection. Fed. R. Bankr. P. 2014(a). Debtor believes that the Firm is well-qualified to render the requested professional services to the Estate. The Firm comprises attorneys who have extensive experience in insolvency, bankruptcy, real estate litigation, and corporate reorganization as well as litigation matters of the type that may need to be pursued herein. The Firm is experienced in debtor/creditor matters, including the representation of Chapter

11 debtors in bankruptcy cases. The members of the Firm have a combined Bankruptcy Court practice of decades, and the Firm has handled most issues that routinely arise in the context of a bankruptcy case.

All attorneys comprising or associated with the Firm who will appear in this case are duly admitted to practice law in the courts of the State of California, the United States District Court for the Southern District of California, and this Court.

The Firm and each of the members, associates, and paralegals who will work on this case are familiar with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Bankruptcy Rules.

### iv. FRBP 2014 - Professional Services to be Rendered.

FRBP 2014(a) requires that the application state the professional services to be rendered. Fed. R. Bankr. P. 2014(a).

The Firm may be required to assist Debtor in the following matters:

a. Developing and drafting a disclosure statement and Chapter 11 plan;

b. Negotiating with creditors to gain support for the plan;

c. Filing motions, adversary proceedings, and applications to protect Debtor's interests as necessary;

d. Assisting in any possible liquidation of Debtor's assets and administering the Bankruptcy Estate;

e. Ensuring compliance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules, including preparation and filing of periodic reporting;

f. Reviewing and, if appropriate, objecting to creditor claims;

g. Representing Debtor in any proceeding or hearing in the Bankruptcy Court and in any action where the rights of the Debtor or the Estate may be litigated or affected; and

APPLICATION BY DEBTOR AND DEBTOR-IN-POSSESSION TO EMPLOY PINNACLE LEGAL P.C. AS GENERAL COUNSEL

h.  Performing any and all other legal services incident and necessary for the smooth administration of this bankruptcy case.

### v. FRBP 2014 - Proposed Arrangement Compensation.

FRBP 2014(a) requires that the application details the proposed arrangement for compensation. Fed. R. Bankr. P. 2014(a).

The Firm will render services to Debtor at the Firm's regular hourly rates, which may be Adjusted from time to time. The Firm's current billing rates are as follows:

| Principal Attorney | Rate |
|---|---|
| Vincent Renda | $450.00 |

| Associate Attorney | Rate |
|---|---|
| Robert Wright | $350.00 |

| Paralegals | Rate |
|---|---|
| Laurie Dillon | $150.00 |
| Kelley Vuong | $150.00 |

The Firm will be compensated from assets of the Estate, if any, and its retainer. Pre-petition, the Firm received a $25,000 retainer ("Retainer") to file this instant matter. The Retainer was funded by Julie K. Phair via wire transfer. The Firm applied the Retainer to any outstanding balance prior to the Petition Date. The Firm is informed and believes that it is currently holding approximately $18,345.00 in Retainer funds. As such, the Firm has been paid in full for its pre-petition services and is not a creditor. The unused balance from the Retainer will be used as the retainer for this bankruptcy case.

The Firm understands that its compensation in this case is subject to approval by the Bankruptcy Court. In compliance with 11 U.S.C. §§ 330 and 331, the Firm intends to file interim and final applications for allowance of fees and reimbursement of costs as and when appropriate.

The Firm shall not draw down on the Retainer without obtaining court approval of the allowance of fees and reimbursement of costs.

The Firm has advised Debtor that the Firm has not shared or agreed to share any compensation to be received by it in this case with any other person, except among employees of the Firm.

APPLICATION BY DEBTOR AND DEBTOR-IN-POSSESSION TO EMPLOY PINNACLE LEGAL P.C. AS GENERAL COUNSEL

**vii. LBR 2014-1(a) – Disinterestedness of the Firm.**

Pursuant to LBR 2014-1(a), the application must be filed "with a Declaration of disinterestedness." The Renda Decl. submitted with this Application provides information establishing the Firm's disinterestedness. See Renda Decl. Thus, this requirement is satisfied.

**viii:  LBR 2014-1 (c) – U.S. Trustee Statement of Position**

Pursuant to LBR 2014-1(c), an application to employ counsel must first be submitted to the U.S. Trustee in accordance with LBR 9034-1. See LBR 2014-1(c).

Pursuant to LBR 9034-1(a)(2), the movant must request a statement of position from the U.S. Trustee for employment applications. *See* LBR 9034-1(a)(2). To obtain a statement of position, the movant must, on the same day, file with the Court and serve the U.S. Trustee's Office at ustp.region15sop@usdoj.gov a copy of the motion or application, and all supporting declarations or documents.

Upon filing and serving this Application, Debtor's counsel will request a statement of position from the U.S. Trustee in accordance with LBR 9034-1. Thus, this requirement is satisfied.

**ix. LBR 2014-1(d) – Required Information**

Pursuant to LBR 2014-1(d), an application to employ counsel must include a copy of the FRBP 2016(b) disclosure statement, if applicable, and a copy of any retainer agreement, guarantee, security agreement, or other agreement relevant to the employment.

A copy of the Firm's retainer agreement with Debtor regarding the Firm's employment is attached to the Renda Decl. as Exhibit "1." Thus, this requirement is satisfied.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**APPLICATION BY DEBTOR AND DEBTOR-IN-POSSESSION TO EMPLOY PINNACLE LEGAL P.C. AS GENERAL COUNSEL**

**4.  Conclusion**

Therefore, Debtor requests that it be authorized to employ the Firm, as their general counsel pursuant to 11 U.S.C. § 327 at the Firm's hourly rates with any compensation and reimbursement of costs to be paid by the Estate only upon application to and approval by the Court pursuant to 11 U.S.C. §§ 330 and 331.

Respectfully submitted,

Dated: April 14, 2025            By: _____
                                         JEFFREY DAVID PHAIR
                                         For Debtor and Debtor-in Possession
                                         THE PHAIR COMPANY LLC

Dated: April 14, 2025            PINNACLE LEGAL, P.C.

                                 By:  /s/ Vincent Renda
                                         Vincent Renda, Esq.
                                         Attorneys for Debtor
                                         The Phair Company, LLC

## Declaration of Vincent Renda, Esq.

I, VINCENT RENDA, say and declare as follows:

1. I am an individual over 18 years of age and competent to make this Declaration.

2. I am an attorney at law duly admitted to practice before this Court and all courts of the State of California.

3. I am the principal attorney with Pinnacle Legal P.C. ("Firm") and maintain offices at 9565 Waples Street, Suite 200, San Diego, CA 92121.

4. I make this Declaration in support of Debtor's Application to Employ Pinnacle Legal P.C. as General Counsel ("Application") filed by Debtor and Debtor-in-Possession, The Phair Company LLC ("Debtor").

5. If called as a witness, I could and would competently testify to the following of my own personal knowledge.

6. I have reviewed the court's PACER docket and the files contained therein for this case.

7. Debtor has asked that the Firm serve as its general counsel in connection with the administration of the Estate. The Firm is well-qualified to do so.

8. The Firm comprises attorneys who have extensive experience in most aspects of insolvency, bankruptcy, corporate reorganization, and litigation and is well-qualified to represent Debtor in proceedings of this nature. The Firm is experienced in debtor/creditor matters, including the representation of Chapter 11 debtors in bankruptcy cases. I have practiced in various Bankruptcy Courts for several decades, and the Firm has handled many of the issues that routinely arise in the context of a bankruptcy case.

9. The Firm may be required to assist Debtor in the following matters:

    a.      Developing and drafting a disclosure statement and Chapter 11 plan;

    b.      Negotiating with creditors to gain support for the plan;

c.      Filing motions, adversary proceedings, and applications to protect Debtor's interests as necessary;

d.      Assisting in any possible liquidation of Debtor's assets and administering the Bankruptcy Estate;

e.      Ensuring compliance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules, including preparation and filing of periodic reporting;

f.      Reviewing and, if appropriate, objecting to creditor claims;

g.      Representing Debtor in any proceeding or hearing in the Bankruptcy Court and in any action where the rights of the Debtor or the Estate may be litigated or affected; and

h.      Performing any and all other legal services incident and necessary for the smooth administration of this bankruptcy case.

10.      I believe that the Firm possesses the requisite skill, expertise and integrity to completely represent the Debtor in this matter and I believe that the Firm's employment is in the best interest of the Estate.

11.      I seek approval of the Firm's employment and retention, effective as of the Petition Date (i.e., February 26, 2025), so that the Firm can be compensated for the services performed under the Retainer Agreement which were rendered before approval of this Application. I believe that no party in interest will be prejudiced by granting relief as of the Petition Date as proposed in this Application because the Firm has provided and continues to provide valuable services to the Estate.

12. As set forth in the Retainer Agreement between the Firm and The Phair Company LLC, the Debtor has agreed to pay the Firm an initial retainer of $25,000 for its representation of the Debtor in the Bankruptcy Case. Of this amount, $6,655.00 was paid to the Firm before the Bankruptcy Case was filed.

APPLICATION BY DEBTOR AND DEBTOR-IN-POSSESSION TO EMPLOY PINNACLE LEGAL P.C. AS GENERAL COUNSEL

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 14, 2025.

By: /s/ Vincent Renda
Vincent Renda, Esq.

**APPLICATION BY DEBTOR AND DEBTOR-IN-POSSESSION TO EMPLOY PINNACLE LEGAL P.C. AS GENERAL COUNSEL**

CSD 3010 [12/01/23]

Name, Address, Telephone No. & I.D. No.

Vincent Renda, Esq. (CSB#213985)
Pinnacle Legal P.C.
9565 Waples Street, Suite 200
San Diego,  CA 92121
Tel: 858-868-5000 Fax: 868-303-8383
Email: vr@pinlegal.com

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

| | |
|---|---|
| In Re<br>THE PHAIR COMPANY LLC,<br><br>                                              Debtor(s) | BANKRUPTCY NO.   25-00667-JBM11 |
| <br><br>                                              Plaintiff(s) | ADVERSARY NO. |
| v.<br><br>                                              Defendant(s) | |

# PROOF OF SERVICE

I,   Vincent Renda                          am a resident of the State of California, over the age of 18 years, and not a party to this action.

On   4/16/2025                          , I served the following documents:

DECLARATION OF VINCENT RENDA IN SUPPORT OF APPLICATION BY DEBTOR AND DEBTOR-IN-POSSESSION TO EMPLOY PINNACLE LEGAL P.C. AS GENERAL COUNSEL

1.      **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On   4/16/2025                          , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

Alyssa Ivancevich/alyssa.s.ivancevich@usdoj.gov, tiffany.l.carroll@usdoj.gov
Elvina Rofael/elvina.rofael@usdoj.gov; tiffany.l.carroll@usdoj.gov
Walt Pennington/wpennington@pennfirm.com

☐          Chapter 7 Trustee:

☒          For Chapter 7, 11, & 12 cases:          ☐  For Chapter 13 cases:
          UNITED STATES TRUSTEE                              MICHAEL KOCH, TRUSTEE
          ustp.region15@usdoj.gov                              mkoch@ch13.sdcoxmail.com

CSD 3010 [12/01/23]   .

2.   **Served by United States Mail**:

On  4/16/2025 _____ , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

The Phair Company LLC
945 East J Street
Chula Vista, CA 91910

3.   **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, on _____ , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on  4/16/2025 _____         /s/ Vincent Renda _____
             (Date)                              (Typed Name and Signature)

                                        9565 Waples Street, Suite 200 _____
                                        (Address)

                                        San Diego, CA 92121 _____
                                        (City, State, ZIP Code)