**CSD 1001A** [07/01/18]
Name, Address, Telephone No. & I.D. No.

Vincent Renda, Esq. (CSB#213985)
PINNACLE LEGAL P.C.
9565 Waples Street, Suite #200
San Diego, CA 92121
Tel: 858-868-5000  Fax: 866-303-8383
Email: vr@pinlegal.com

Order Entered on
April 21, 2025
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

THE PHAIR COMPANY LLC,

Debtor.

BANKRUPTCY NO. 25-00667-JBM11

Date of Hearing: n/a
Time of Hearing: n/a
Name of Judge: n/a

# ORDER ON

**APPLICATION BY DEBTOR AND DEBTOR-IN-POSSESSION TO EMPLOY PINNACLE LEGAL P.C. AS GENERAL COUNSEL**

The court orders as set forth on the continuation pages attached and numbered __2__ through __2__ with exhibits, if any, for a total of __2__ pages. Motion/Application Docket Entry No. __16__.

//
//
//
//
//
//
//

DATED: April 21, 2025

_/s/ J. Barrett_
Judge, United States Bankruptcy Court

CSD 1001A

CSD 1001A [07/01/18](Page 2)

ORDER ON APPLICATION BY DEBTOR AND DEBTOR-IN-POSSESSION TO EMPLOY PINNACLE LEGAL P.C. AS
DEBTOR: THE PHAIR COMPANY LLC,                                  CASE NO: 25-00667-JBM11

---

The Court, having considered the application ("Application") of The Phair Company LLC, the debtor and debtor-in-possession ("Debtor") herein, for an order approving employment of Pinnacle Legal P.C. ("Firm") as the Debtor's general counsel, pursuant to 11 U.S.C. §327 and the Declaration of Vincent Renda, Esq., ("Renda Declaration") in support thereof, and the Court having found that it has jurisdiction to consider the Application and the relief requested therein and that this is a core proceeding; and upon consideration of the Application, the Renda Declaration, the other pleadings and papers related to the Application, and that the relief requested is in the best interest of the Debtor's bankruptcy estate, and good cause appearing,

IT IS HEREBY ORDERED:

1. The Application is granted as set forth herein.

2. The Arbitration Clause as outlined in the Debtor's retention letter with the Firm is hereby stricken.

3. The Debtor is authorized to employ the Firm, as his general counsel pursuant to 11 U.S.C. §327 at the Firm's hourly rates with any compensation and reimbursement of costs to be paid by the Estate only upon application to and approval by the Court pursuant to 11 U.S.C. §§ 330 and 331.

United States Bankruptcy Court
Southern District of California

| | |
|---|---|
| In re: | Case No. 25-00667-JBM |
| The Phair Company LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0974-3 | User: Admin. | Page 1 of 2 |
| Date Rcvd: Apr 21, 2025 | Form ID: pdfO4 | Total Noticed: 5 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | The Phair Company LLC, 945 East J Street, Chula Vista, CA 91910-6747 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | | Email/Text: elvina.rofael@usdoj.gov | Apr 22 2025 00:33:00 | Elvina Rofael, United States Trustee, 880 Front Street Third Floor, Suite 3230, San Diego, CA 92101 |
| ust | | Email/Text: elvina.rofael@usdoj.gov | Apr 22 2025 00:33:00 | Rofael, United States Trustee, 880 Front Street, Third Floor, Suite 323, San Diego, CA 92101 |
| ust | + | Email/Text: ustpregion17.sc.ecf@usdoj.gov | Apr 22 2025 00:33:00 | Office of the U.S. Trustee for Region 17, 501 I Street, Suite 7-500, Sacramento, CA 95814-7304 |
| ust | + | Email/Text: ustp.region15@usdoj.gov | Apr 22 2025 00:33:00 | United States Trustee, Office of the U.S. Trustee, 880 Front Street, Suite 3230, San Diego, CA 92101-8897 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | *+ | Office of the U.S. Trustee for Region 17, 501 I Street, Suite 7-500, Sacramento, CA 95814-7304 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 23, 2025        Signature:    /s/Gustava Winters

District/off: 0974-3     User: Admin.     Page 2 of 2
Date Rcvd: Apr 21, 2025     Form ID: pdfO4     Total Noticed: 5

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alyssa Ivancevich | on behalf of Trustee United States Trustee alyssa.s.ivancevich@usdoj.gov  tiffany.l.carroll@usdoj.gov,ustp.region15@usdoj.gov |
| Elvina Rofael | on behalf of Trustee United States Trustee elvina.rofael@usdoj.gov  Tiffany.L.Carroll@usdoj.gov;USTP.Region15@usdoj.gov |
| United States Trustee | ustp.region15@usdoj.gov |
| Vincent Renda | on behalf of Debtor The Phair Company LLC vr@pinlegal.com  ld@pinlegal.com |
| Walt Pennington | on behalf of Creditor Renzulli Properties LLC wpennington@pennfirm.com |

TOTAL: 5