CSD 3010 [12/01/23]

Name, Address, Telephone No. & I.D. No.

Vincent Renda, Esq. (CSB#213985)
Pinnacle Legal P.C.
9565 Waples Street, Suite 200
San Diego, CA 92121
Tel: 858-868-5000 Fax: 868-303-8383
Email: vr@pinlegal.com

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

| In Re THE PHAIR COMPANY LLC, Debtor(s) | BANKRUPTCY NO. 25-00667-JBM11 |
|---|---|
| Plaintiff(s) | ADVERSARY NO. |
| v. Defendant(s) | |

## PROOF OF SERVICE

I, **Vincent Renda** am a resident of the State of California, over the age of 18 years, and not a party to this action.

On **4/29/2025**, I served the following documents:

MONTHLY OPERATING REPORT FOR REPORTING PERIOD ENDED 03/31/2025

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF"):**

   Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On **4/29/2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

   Alyssa Ivancevich/alyssa.s.ivancevich@usdoj.gov, tiffany.l.carroll@usdoj.gov
   Elvina Rofael/elvina.rofael@usdoj.gov, tiffany.l.carroll@usdoj.gov
   Walt Pennington/wpennington@pennfirm.com
   Susan C. Stevenson/sstevenson@psdslaw.com, bonniec@psdslaw.com

   ☐ Chapter 7 Trustee:

   ☒ For Chapter 7, 11, & 12 cases:
   UNITED STATES TRUSTEE
   ustp.region15@usdoj.gov

   ☐ For Chapter 13 cases:
   MICHAEL KOCH, TRUSTEE
   mkoch@ch13.sdcoxmail.com

CSD 3010 [12/01/23]

2. **Served by United States Mail**:

On _____ , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, on _____ , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on  04/29/2025                   /s/ Vincent Renda
             (Date)                       (Typed Name and Signature)

                                          9565 Waples Street, Suite 200
                                          (Address)

                                          San Diego, CA 92121
                                          (City, State, ZIP Code)