AMENDED TENTATIVE RULING

ISSUED BY JUDGE J. BARRETT MARUM

| | |
|---|---|
| Bankruptcy Case Name: | The Phair Company LLC |
| Bankruptcy Number: | 25-00667-JBM11 |
| Hearing: | 06/26/2025 2:00 PM |
| Motion: | STATUS CONFERENCE ON CHAPTER 11 PETITION (fr 5/1/25) |

**CONTINUED** to July 7, 2025 at 10:00 a.m.  Appearances at the hearing on June 26, 2025 are excused.