CSD 1001A [07/01/18]

Name, Address, Telephone No. & I.D. No.

AARON E. DE LEEST, #216832
adeleest@marshackhays.com / 949-333-7777
MARSHACK HAYS WOOD LLP 870 Roosevelt, Irvine, CA 92620

VINCENT RENDA, #213985
PINNACLE LEGAL, P.C.
vr@pinlegal.com / 858-868-5000

Order Entered on
August 11, 2025
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re THE PHAIR COMPANY LLC
X ALL DEBTORS
THE PHAIR COMPANY LLC, ONLY Tax ID (EIN) #20-4183527
JEFFREY DAVID PHAIR, ONLY S.S.# XXX-XX-4458

Debtor.

BANKRUPTCY NO. 3:25-bk-00667-JBM

Date of Hearing: July 31, 2025
Time of Hearing: 2:00 p.m.
Name of Judge: Honorable J. Barrett Marum

## ORDER ON

**MOTION TO EXTEND EXCLUSIVITY PERIODS TO FILE A CHAPTER 11 PLAN OF REORGANIZATION AND SOLICIT ACCEPTANCES**

The court orders as set forth on the continuation pages attached and numbered 1 through 2 with exhibits, if any, for a total of 2 pages. Motion/Application Docket Entry No. 79.

//

//

//

//

//

//

//

DATED: August 11, 2025

[signature]

Judge, United States Bankruptcy Court

On July 31, 2025, the Court held a hearing on the Motion to Extend Exclusivity Periods to File a Chapter 11 Plan of Reorganization and Solicit Acceptances ("Motion") filed by the Debtors and Debtors-in-Possession, Jeffrey David Phair ("Mr. Phair") and The Phair Company LLC ("The Phair Company") (collectively, "Debtors") filed by the Debtors on June 18, 2025, as Docket No. 79.

Prior to the hearing on the Motion, on July 30, 2025, as Docket No. 120, the Court posted a tentative ruling ("Tentative Ruling") granting the Motion and providing that a hearing would be held on the Motion. On July 31, 2025, as Docket No. 122, the Court posted an amended tentative ruling providing that "[b]oth parties have informed the Court that they submit on the Court's tentative ruling (ECF No. 120) and so that will be the order. The Debtors may submit a formal order and appearances at today's hearing are excused."

Having reviewed the Motion, the Judgment Creditor Renzulli Properties LLC's Opposition to Extend Exclusivity Periods to File a Chapter 11 Plan of Reorganization and Solicit Acceptances filed by Renzulli Properties, and Thomas Renzulli ("Renzulli") on July 2, 2025, as Docket No. 99, the Reply in Support of the Motion to Extend Exclusivity Periods to File a Chapter 11 Plan of Reorganization and Solicit Acceptances filed by the Debtors on July 9, 2025, as Docket No. 106, and the Evidentiary Objections to the Declarations of Thomas Renzulli, Managing Member of Renzulli Properties LLC and Walt Pennington Submitted in Support of Judgment Creditor Renzulli Properties LLC's Opposition to Extend Exclusivity Periods to File a Chapter 11 Plan of Reorganization and Solicit Acceptances ("Evidentiary Objections") filed by the Debtors on July 9, 2025, as Docket No. 107, the record in this case, and good cause appearing:

IT IS ORDERED that:

1. The Motion is granted as set forth in the Tentative Ruling;

2. The period in which the Debtors have the exclusive right to file a Chapter 11 Plan is extended for 120 days from June 25, 2025, through and including October 23, 2025;

3. The period in which the Debtors have the exclusive right to solicit acceptances to such Plan is extended for 120 days from August 24, 2025, through and including December 22, 2025;

4. All of the Debtor's Evidentiary Objections are sustained, with the exception of the objection to Renzulli's counsel's testimony related to settlement negotiations, to the extent that it shows that the mere fact that the parties discussed settlement, but is sustained regarding the specifics of those settlement discussions.

###



Signed by Judge J Barrett Marum August 11, 2025