# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0974−3 | User: Admin. | Date Created: 8/11/2025 |
| Case: 25−00667−JBM11 | Form ID: pdfO4 | Total: 11 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr | United States Trustee | ustp.region15@usdoj.gov |
| aty | Alyssa Ivancevich | alyssa.s.ivancevich@usdoj.gov |
| aty | Elvina Rofael | elvina.rofael@usdoj.gov |
| aty | Vincent Renda | vr@pinlegal.com |

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db The Phair Company LLC 945 East J Street Chula Vista, CA 91910
3pd The Phair Company LLC 945 East J Street Chula Vista, CA 91910
ust United States Trustee Office of the U.S. Trustee 880 Front Street Suite 3230 San Diego, CA 92101
ust Office of the U.S. Trustee for Region 17 501 I Street, Suite 7−500 Sacramento, CA 95814
ust Office of the U.S. Trustee for Region 17 501 I Street, Suite 7−500 Sacramento, CA 95814
ust Elvina Rofael United States Trustee 880 Front Street Third Floor, Suite 3230 San Diego, CA 92101
ust Rofael United States Trustee 880 Front Street, Third Floor, Suite 323 San Diego, CA 92101

TOTAL: 7