1  David M. Parker, Esq. (SBN 211078)
   Gregory L. Riggs, Esq. (SBN 314022)
2  **PARKER & RIGGS LLP**
   110 West A Street, Suite 615
3  San Diego, California 92101
   Telephone:    (619) 233-8292
4  Facsimile:    (619) 233-8636
   DParker@ParkerRiggs.com
5  GRiggs@ParkerRiggs.com

6  Attorneys for Creditors Affordable Housing Land
   Consultants, LLC and Century Housing Corporation
7

8               UNITED STATES BANKRUPTCY COURT

9               SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10  In re | Case No. 3:25-bk-00667-JBM |
| 11  THE PHAIR COMPANY LLC | Chapter 11 |
| 12           Debtor and Debtor-in-Possession. | (Jointly Administered With Case No. Case No. 3:25-bk-00661-JBM) |
| 13  [X] ALL DEBTORS | **CREDITORS AFFORDABLE HOUSING LAND CONSULTANTS, LLC'S AND CENTURY HOUSING CORPORATION'S NOTICE OF WITHDRAWAL OF DOCUMENTS** |
| 14  [ ] THE PHAIR COMPANY LLC, ONLY Tax I.D. (EIN)# 20-4183527 | |
| 15  [ ] JEFFREY DAVID PHAIR, ONLY, S.S.#: XXX-XX-4458 | |
| 16 | |
| 17 | Judge: Honorable J. Barrett Marum |

18  / / /
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /

26  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

27         **PLEASE TAKE NOTICE** that Creditors Affordable Housing Land Consultants, LLC

28  ("AHLC") and Century Housing Corporation ("Century") hereby withdraw the Notice of Motion

1

for Motion for Relief from Stay ("Form CSD 1182") in case number 3:25-bk-00667-JBM and 3:25-bk-00661-JBM. The document numbers are 131 and 92, respectively. The Notice of Filing of a Motion for Relief from Automatic Stay ("Form CSD 1185") in each case remains.

PARKER & RIGGS LLP

Dated: August 14, 2025          By: _____
                                David M. Parker, Esq.
                                Gregory L. Riggs, Esq.
                                Attorneys for Creditors Affordable Housing Land Consultants, LLC and Century Housing Corporation

2

PARKER & RIGGS LLP

CREDITORS AFFORDABLE HOUSING LAND CONSULTANTS, LLC'S AND CENTURY HOUSING CORPORATION'S NOTICE OF WITHDRAWAL OF DOCUMENTS