# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

# COURT MINUTES

### Hearing Information:

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | The Phair Company LLC | | |
| **Case Number:** | 25-00667-JBM | **Chapter:** | 11 |
| **Date / Time/ Room:** | 10/09/2025 2:00 PM, Department 2 | | |
| **Bankruptcy Judge:** | J. Barrett Marum | | |
| **Courtroom Clerk:** | Russell Paluso | | |
| **ECRO:** | N/A | | |

### Matters:

STATUS CONFERENCE ON CHAPTER 11 PETITION (fr 7/7/25)

### Appearances:

LANE HILTON, ATTORNEY FOR STEVE YAPTANGCO & MARGRET YAPTANGCO AS TRUSTEE OF THE JOHN A KASTLUNGER TRUST, DORIS KASTLUNGER & RUDOLPH KASTLUNGER AS CO-TRUSTEE OF THE DORIS KASTLUNGER & RUDOLPH KASTLUNGER FAMILY TRUST

### Disposition:

Continued to 10/23/25 at 2:00 p.m.

Status reports to be filed by no later than 10/16/25.