CSD 3010 (12/01/23)

Name, Address, Telephone No. & I.D. No.
**WALT PENNINGTON, SBN 214470**
Pennington Law Firm
3304 30th Street
San Diego, CA 92104-4535
619 940 6157
wpennington@pennfirm.com

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
THE PHAIR COMPANY LLC,

☒ ALL DEBTORS

☐ THE PHAIR COMPANY LLC, ONLY
    Tax I.D. (EIN) #20-4183527

☐ JEFFREY DAVID PHAIR, ONLY
    S.S. # XXX-XX-4458

Debtor(s)

BANKRUPTCY NO. 25-00667-JBM11

Hearing: December 4, 2025
Time: 2:00 p.m.

# PROOF OF SERVICE

I, Walt Pennington, am a resident of the State of California, over the age of 18 years, and not a party to this action.

On November 5, 2025, I served the following documents:

1) Judgment Creditor Renzulli Properties LLC's Opposition to Debtor's Amended Second Motion to Extend Exclusivity Periods to File a Chapter 11 Plan of Reorganization and Solicit Acceptances; Declaration of Walt Pennington and Exhibits

2)

**1. To Be Served by the Court via Notice of Electronic Filing ("NEF"):**

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On November 5, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

    See attached NEF list.

☐   Chapter 7 Trustee:

X   For Chapter 7, 11, & 12 cases:    ☐   For Chapter 13 cases:

UNITED STATES TRUSTEE              MICHAEL KOCH, TRUSTEE
ustp.region15@usdoj.gov            mkoch@ch13.sdcoxmail.com


**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF) – NEF LIST:**

- **Christin A. Batt**  christinb@flgsd.com, sandray@flgsd.com; candic@flgsd.com; leslieg@flgsd.com;andrewl@flgsd.com;hildam@flgsd.com
- **Aaron E. De Leest**  adeleest@marshackhays.com, adeleest@ecf.courtdrive.com,alinares@ecf.courtdrive.com
- **Todd S. Garan**  ch11ecf@aldridgepite.com, tgaran@aldridgepite.com;TSG@ecf.courtdrive.com
- **Sarah Rose Hasselberger**  shasselberger@marshackhays.com
- **David Edward Hays**  ehays@marshackhays.com, cmendoza@marshackhays.com; ehays@marshackhays.com; alinares@ecf.courtdrive.com
- **Lane C Hilton**  lane@theRSfirm.com, amy@theRSfirm.com, 5030583420@filings.docketbird.com, 4634112420@filings.docketbird.com, ecf@theRSfirm.com
- **Alyssa Ivancevich**  alyssa.s.ivancevich@usdoj.gov, tiffany.l.carroll@usdoj.gov, ustp.region15@usdoj.gov
- **David M. Parker**  dparker@ahpfirm.com, slawless@ahpfirm.com
- **Walt Pennington**  wpennington@pennfirm.com
- **Laila Rais**  lrais@marshackhays.com
- **Vincent Renda**  vr@pinlegal.com, ld@pinlegal.com
- **Mary Robberson**  mary@thersfirm.com
- **Elvina Rofael**  elvina.rofael@usdoj.gov, Tiffany.L.Carroll@usdoj.gov;USTP.Region15@usdoj.gov
- **Maggie Schroedter**  maggie@thersfirm.com, amy@thersfirm.com, 4634112420@filings.docketbird.com, 5030583420@filings.docketbird.com, ecf@thersfirm.com
- **Susan C. Stevenson**  sstevenson@psdslaw.com, eserve@psdslaw.com
- **United States Trustee**  ustp.region15@usdoj.gov
- **Neil J. Verbrugge**  neil.verbrugge@usdoj.gov, Tiffany.L.Carroll@usdoj.gov, USTP.Region15@usdoj.gov

CSD 3010 [12/01/23]

**2. Served by United States Mail:**

On <u>November 5, 2025</u>, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

| | |
|---|---|
| The Phair Company LLC<br>945 E. J Street<br>Chula Vista, CA 91910 | Jeffrey David Phair<br>8311 The Grant Place<br>Bonita, California 91902 |

**3. Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail:**

Under Fed.R.Civ.P.5 and controlling LBR, on <u>November 5, 2025</u>, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

| | |
|---|---|
| Executed on <u>November 5, 2025</u><br>(Date) | <u>Walt Pennington /s/ Walt Pennington</u><br>(Typed Name and Signature) |
| | <u>3304 30th Street</u><br>(Address) |
| | <u>San Diego, CA 92104-4535</u><br>(City, State, ZIP Code) |