Western Alliance Bank

## Deposit Reports

# Deposit Accounts Activity Summary

| | |
|---|---|
| Report Created: | 11/14/2025 11:16:27 AM (ET) |
| Account: | The Phair Company LLC - Checking - 122243635 - *1150 - Available $351.11 |
| Date Range: | 10/01/2025 to 10/31/2025 |
| Transaction Types: | All Transactions |
| Detail Option: | Includes transaction detail |

**The Phair Company LLC - Checking - 122243635 - *1150 - Available $351.11**

| Post Date | Reference | Additional Reference | Description | Debit | Credit | Calculated Balance |
|---|---|---|---|---|---|---|
| 10/31/2025 | | | MISCELLANEOUS FEES MAINTENANCE FEE | $16.00 | | $357.11 |
| 10/31/2025 | | | MISCELLANEOUS FEES PAPER STMT FEE | $10.00 | | $373.11 |
| 10/24/2025 | 52502889253 | 1028 | CHECK PAID | $4,030.00 | | $383.11 |
| 10/24/2025 | 52502889252 | 1027 | CHECK PAID | $4,225.00 | | $4,413.11 |
| 10/14/2025 | 77570574751 | | DEPOSIT | | $5,000.00 | $8,638.11 |
| 10/31/2025 | Totals | | | $8,281.00 | $5,000.00 | |

Showing 1 - 1 of 1