# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

# COURT MINUTES

**_Hearing Information:_**

|  |  |  |  |
|---:|:---|---:|:---|
| **Debtor:** | The Phair Company LLC | | |
| **Case Number:** | 25-00667-JBM | **Chapter:** | 11 |
| **Date / Time/ Room:** | 02/10/2026 9:30 AM, Department 2 | | |
| **Bankruptcy Judge:** | J. Barrett Marum | | |
| **Courtroom Clerk:** | Russell Paluso | | |
| **ECRO:** | N/A | | |

**_Matters:_**

1) STATUS CONFERENCE ON CHAPTER 11 PETITION (fr 1/28/26)

2) HEARING SET BY COURT RE: EXAMINER'S REPORT (DKT #137) (fr. 1/28/26)

**_Appearances:_**

AARON DE LEEST, ATTORNEY FOR THE PHAIR COMPANY LLC
DAVID PARKER, ATTORNEY FOR AFFORDABLE HOUSING LAND
CONSULTANTS, CENTURY HOUSING CORPORATION
WALT PENNINGTON, ATTORNEY FOR RENZULLI PROPERTIES LLC, THOMAS
RENZULLI
ELVINA ROFAEL, ATTORNEY FOR U.S. TRUSTEE
THOMAS HEBRANK, EXAMINER

**_Disposition:_**

1) Continued to 3/12/26 at 2:00 p.m.

2) Mr. Hebrank is to file a supplement report as it relates to: (1) additional documentary evidence regarding the Trolley Stop sale; and (2) the value of Bella Mar project by no later than 3/3/26 as set forth on the record. No further brief by any party is permitted.

The Court will vacate the hearing re: joint motion for approval of disclosure statement that is set for 2/25/26 at 11:00 a.m. subject to restoration as it relates to the issuance of an OSC as stated on the record.