CSD 3010 [12/01/23]

Name, Address, Telephone No. & I.D. No.

Aaron De Leest, #216832,
adeleest@marshackhays.com
Sarah R. Hasselberger, #340640
shasselberger@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt, Irvine, CA 92620
Telephone: 949-333-7777

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

| In Re | | |
|---|---|---|
| ALL DEBTORS THE PHAIR COMPANY LLC, ONLY X JEFFREY DAVID PHAIR, ONLY | Debtor(s) | BANKRUPTCY NO. 3:25-bk-00667-JBM Jointly Adminstered With: 3:25-bk-00661-JBM |
| | Plaintiff(s) | ADVERSARY NO. |
| v. | Defendant(s) | |

# PROOF OF SERVICE

I,   Cynthia Bastida   am a resident of the State of California, over the age of 18 years, and not a party to this action.

On   May 6, 2026   , I served the following documents:

(1) NOTICE OF HEARING AND MOTION; (2) MOTION TO BE RELIEVED AS COUNSEL; (3) MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR ORDER AUTHORIZING WITHDRAWAL OF COUNSEL; DECLARATION OF AARON E. DE LEEST IN SUPPORT

1.     **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On   May 6, 2026   , I checked the CM/ECF docket for  this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

See attached NEF list.

☐     Chapter 7 Trustee:

☒     For Chapter 7, 11, & 12 cases:
UNITED STATES TRUSTEE
ustp.region15@usdoj.gov

☐     For Chapter 13 cases:
MICHAEL KOCH, TRUSTEE
mkoch@ch13.sdcoxmail.com

CSD 3010 [12/01/23]

2.    **Served by United States Mail**:

On ___May 6, 2026_____ , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

 See attached service list.

3.    **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, on _____ , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on    May 6, 2026                          Cynthia Bastida - /s/ Cynthia Bastida
                    (Date)                              (Typed Name and Signature)

                                                    870 Roosevelt
                                                    (Address)

                                                    Irvine, CA 92620
                                                    (City, State, ZIP Code)

**1. To Be Served by the Court via Notice of Electronic Filing ("NEF"): CONTINUED:**

- **ATTORNEY FOR CREDITORS MARGARET YAPTANGCO, STEVE YAPTANGCO, DORIS KASTLUNGER,AND RUDY KASTLUNGER: Christin A. Batt**   christinb@flgsd.com, sandray@flgsd.com;candic@flgsd.com;leslieg@flgsd.com;andrewl@flgsd.com
- **ATTORNEY FOR DEBTOR JEFFREY DAVID PHAIR: Aaron E. De Leest** adeleest@marshackhays.com, adeleest@ecf.courtdrive.com,alinares@ecf.courtdrive.com
- **ATTORNEY FOR WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VERUS SECURITIZATION TRUST 2023-2: Todd S. Garan** ch11ecf@aldridgepite.com, tgaran@aldridgepite.com;TSG@ecf.courtdrive.com
- **ATTORNEY FOR DEBTOR JEFFREY DAVID PHAIR: Sarah Rose Hasselberger** shasselberger@marshackhays.com
- **ATTORNEY FOR DEBTOR JEFFREY DAVID PHAIR: David Edward Hays** ehays@marshackhays.com, cmendoza@marshackhays.com;ehays@marshackhays.com;alinares@ecf.courtdrive.com
- **ATTORNEY FOR CREDITORS RUDOLPH KASTLUNGER AS CO-TRUSTEE OF THE DORIS & RUDOLPH KASTLUNGER FAMILY TRUST, MARGRET YAPTANGCO AS TRUSTEE OF THEJOHN A. KASTLUNGERTRUST, DORIS KASTLUNGER, STEVE YAPTANGCO: Lane C Hilton** lane@theRSfirm.com, amy@theRSfirm.com,5030583420@filings.docketbird.com,4634112420@filings.docketbird.com,ecf @ theRSfirm.com
- **ATTORNEY FOR U.S. TRUSTEE: Alyssa Ivancevich**   alyssa.s.ivancevich@usdoj.gov, tiffany.l.carroll@usdoj.gov,ustp.region15@usdoj.gov
- **ATTORNEY FOR CREDITORS AFFORDABLE HOUSING LAND CONSULTANTS, LLC AND CENTURY HOUSING CORPORATION: David M. Parker**   dparker@ahpfirm.com, slawless@ahpfirm.com
- **ATTORNEY FOR CREDITOR RENZULLI PROPERTIES LLC: Walt Pennington** wpennington@pennfirm.com
- **ATTORNEY FOR DEBTOR JEFFREY DAVID PHAIR: Laila Rais**   lrais@marshackhays.com
- **ATTORNEY FOR DEBTOR THE PHAIR COMPANY LLC: Vincent Renda**   vr@pinlegal.com, ld@pinlegal.com
- **ATTORNEY FOR DWIGHT H. DESANTIS AS OWNER AND BENEFICIARY OF IRAR TRUST COMPANY – DWIGHT H. DESANTIS ROTH IRA - #35-22055: Mary Robberson** mary@thersfirm.com
- **ATTORNEY FOR U.S. TRUSTEE: Elvina Rofael**   elvina.rofael@usdoj.gov, Tiffany.L.Carroll@usdoj.gov;USTP.Region15@usdoj.gov
- **INTERESTED PARTY: Maggie Schroedter**   maggie@thersfirm.com, amy@thersfirm.com,4634112420@filings.docketbird.com,5030583420@filings.docketbird.com,ecf@ t hersfirm.com,mary@thersfirm.com
- **ATTORNEY FOR DWIGHT H. DESANTIS ROTH IRA #35-22055: Susan C. Stevenson**   sstevenson@psdslaw.com, bonniec@psdslaw.com
- **U.S. TRUSTEE: United States Trustee**   ustp.region15@usdoj.gov
- **ATTORNEY FOR U.S. TRUSTEE: Neil J. Verbrugge**   neil.verbrugge@usdoj.gov, Tiffany.L.Carroll@usdoj.gov,USTP.Region15@usdoj.gov

**2. Served by United States Mail: CONTINUED:**

**DEBTOR**
THE PHAIR COMPANY LLC
8311 THE GRANT PLACE
BONITA,CA 91902-2200

**CO-DEBTOR**
JEFFREY DAVID PHAIR
8311 THE GRANT PLACE
BONITA,CA 91902-2200

**INTERESTED PARTY**
WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY
BUT SOLELY AS OWNER TRUSTEE FOR VERUS SECURITIZATION TRUST 203-2
C/O TODD S. GARAN
ALDRIGE PITE LLP
3333 CAMINO DEL RIO SOUTH, STE 225
SAN DIEGO, CA 92108

**INTERESTED PARTY**
WILMINGTON SAVINGS FUND SOCIETY, FSB
ATTN: RODGER LEVENSON, CHAIRMAN, PRESIDENT, AND CHIEF EXECUTIVE
OFFICER
500 DELAWARE AVE.
WILMINGTON, DE 19801

**INTERESTED PARTY**
RENZULLI PROPERTIES LLC
C/O WALT PENNINGTON
PENNINGTON LAW FIRM
3304 30TH STREET
SAN DIEGO, CA 92104-4535

**INTERESTED PARTY**
RENZULLI PROPERTIES LLC
ATTN: AUTHORIZED AGENT FOR SERVICE OF PROCESS, THOMAS RENZULLI
3383 LA JUNTA AVENUE
SAN DIEGO, CA 92117