CSD 1183 [12/01/23]

Name, Address, Telephone No. & I.D. No.
 AARON E. DE LEEST, #216832
 adeleest@marshackhays.com
 SARAH R. HASSELBERGER, #340640
 shasselberger@marshackhays.com
 MARSHACK HAYS WOOD LLP
 870 Roosevelt, Irvine, CA 92620
 Telephone: 949-333-7777
 Facsimile: 949-333-7778

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
 THE PHAIR COMPANY LLC,     Debtor and Debtor-in-Possession.
 X    ALL DEBTORS
 ☐    THE PHAIR COMPANY LLC, ONLY,
 Tax I.D. (EIN)# 20-4183527
 ☐ DAVID PHAIR, ONLY,  S.S.#: XXX-XX-4458
 Tax I.D.(EIN)# : _____/S.S.#:XXX-XX–_____          Debtor(s)

BANKRUPTCY NO . 3:25-bk-00667-JBM

**NOTICE OF HEARING AND MOTION**

TO:      Interested Parties - See Proof of Service filed concurrently.

          **You are hereby notified** that on <u>July 9, 2026</u>, at <u>1:30 p</u>.m, in Department <u>2</u> ,Room <u>118</u> of the Jacob Weinberger United States Courthouse, located at 325 West F Street, San Diego, California 92101-6991, there will be a hearing regarding the motion of      <u>Debtors and Debtor-in-Possesion, Jeffrey David Phair and \*\*\*</u>      , Movant, for Employment of Mazzarella Law APC as Special Litigation Counsel

\*\*\* ThePhair Company, LLC

          Any opposition or other response to this motion must be served upon the undersigned and the original and one copy of such papers with proof of service must be filed with the Clerk of the U.S. Bankruptcy Court at 325 West F Street, San Diego, California 92101-6991, **not later than fourteen (14)[1] days from the date of service.**

DATED: May 29, 2026

                                                  Aaron E. de Leest -  /s/ Aaron E. de Leest
                                                  [Attorney for] Moving Party

[1] Depending on how you were served, you may have additional time for response. See FRBP 9006.

CSD 1183 [12/01/23]

## CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all relevant times was, more than 18 years of age;

That on the <u>29th</u> day of <u>May</u>, <u>2026</u>, I served a true copy of the within NOTICE OF MOTION  AND HEARING, together with the following pleadings [describe any other papers] on the following persons listed below by the mode of service shown below:
  List additional papers: Application to Employ Mazzarella Law APC as Special Litigation Counsel

1.     **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On <u>May 29, 2026</u>, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

☒    Attorney for Debtor (or Debtor), if required:

☐    Chapter 7 Trustee:

☒    For Chapter 7, 11, & 12 cases:

UNITED STATES TRUSTEE
ustp.region15@usdoj.gov

☐    For Chapter 13 cases:

MICHAEL KOCH, TRUSTEE
mkoch@ch13.sdcoxmail.com

2.     **Served by United States Mail**:

On <u>May 29, 2026</u>, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

☐    Attorney for Debtor (or Debtor), if required:

DEBTORS
THE PHAIR COMPANY LLC
JEFFREY DAVID PHAIR
8311 THE GRANT PLACE
BONITA,CA 91902-2200

3.     **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:

CSD 1183 [12/01/23]

       Under Fed.R.Civ.P.5 and controlling LBR, on _____ , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

☐    Attorney for Debtor (or Debtor), if required:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on   May 29, 2026           Layla Buchanan   /s/ Layla Buchanan
               (Date)                  (Typed Name and Signature)

                                         870 Roosevelt
                                         (Address)

                                         Irvine, CA 92620
                                         (City, State, ZIP Code)

**1. To Be Served by the Court via Notice of Electronic Filing ("NEF"): CONTINUED:**

- **ATTORNEY FOR CREDITORS MARGARET YAPTANGCO, STEVE YAPTANGCO, DORIS KASTLUNGER,AND RUDY KASTLUNGER: Christin A. Batt**    christinb@flgsd.com, sandray@flgsd.com;candic@flgsd.com;leslieg@flgsd.com;andrewl@flgsd.com
- **ATTORNEY FOR DEBTOR JEFFREY DAVID PHAIR: Aaron E. De Leest** adeleest@marshackhays.com, adeleest@ecf.courtdrive.com,alinares@ecf.courtdrive.com
- **ATTORNEY FOR WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VERUS SECURITIZATION TRUST 2023-2: Todd S. Garan** ch11ecf@aldridgepite.com, tgaran@aldridgepite.com;TSG@ecf.courtdrive.com
- **ATTORNEY FOR DEBTOR JEFFREY DAVID PHAIR: Sarah Rose Hasselberger** shasselberger@marshackhays.com
- **ATTORNEY FOR DEBTOR JEFFREY DAVID PHAIR: David Edward Hays** ehays@marshackhays.com, cmendoza@marshackhays.com;ehays@marshackhays.com;alinares@ecf.courtdrive.com
- **ATTORNEY FOR CREDITORS RUDOLPH KASTLUNGER AS CO-TRUSTEE OF THE DORIS & RUDOLPH KASTLUNGER FAMILY TRUST, MARGRET YAPTANGCO AS TRUSTEE OF THEJOHN A. KASTLUNGERTRUST, DORIS KASTLUNGER, STEVE YAPTANGCO: Lane C Hilton** lane@theRSfirm.com, amy@theRSfirm.com,5030583420@filings.docketbird.com,4634112420@filings.docketbird.com,ecf @ theRSfirm.com
- **ATTORNEY FOR U.S. TRUSTEE: Alyssa Ivancevich**    alyssa.s.ivancevich@usdoj.gov, tiffany.l.carroll@usdoj.gov,ustp.region15@usdoj.gov
- **ATTORNEY FOR CREDITOR PR INVESTORS FUND LLC: Lawrence A Mudgett Lawrence@saferlaw.com**
- **ATTORNEY FOR CREDITORS AFFORDABLE HOUSING LAND CONSULTANTS, LLC AND CENTURY HOUSING CORPORATION: David M. Parker**    dparker@ahpfirm.com, slawless@ahpfirm.com
- **ATTORNEY FOR CREDITOR RENZULLI PROPERTIES LLC: Walt Pennington** wpennington@pennfirm.com
- **ATTORNEY FOR DEBTOR JEFFREY DAVID PHAIR: Laila Rais**    lrais@marshackhays.com
- **ATTORNEY FOR DEBTOR THE PHAIR COMPANY LLC: Vincent Renda**    vr@pinlegal.com, ld@pinlegal.com
- **ATTORNEY FOR DWIGHT H. DESANTIS AS OWNER AND BENEFICIARY OF IRAR TRUST COMPANY – DWIGHT H. DESANTIS ROTH IRA - #35-22055: Mary Robberson** mary@thersfirm.com
- **ATTORNEY FOR U.S. TRUSTEE: Elvina Rofael**    elvina.rofael@usdoj.gov, Tiffany.L.Carroll@usdoj.gov;USTP.Region15@usdoj.gov
- **INTERESTED PARTY: Maggie Schroedter**    maggie@thersfirm.com, amy@thersfirm.com,4634112420@filings.docketbird.com,5030583420@filings.docketbird.com,ecf@ t hersfirm.com,mary@thersfirm.com
- **ATTORNEY FOR DWIGHT H. DESANTIS ROTH IRA #35-22055: Susan C. Stevenson**    sstevenson@psdslaw.com, bonniec@psdslaw.com
- **U.S. TRUSTEE: United States Trustee**    ustp.region15@usdoj.gov
- **ATTORNEY FOR U.S. TRUSTEE: Neil J. Verbrugge**    neil.verbrugge@usdoj.gov, Tiffany.L.Carroll@usdoj.gov,USTP.Region15@usdoj.gov

Label Matrix for local noticing
0974-3
Case 25-00667-JBM11
Southern District of California
San Diego
Fri May 29 17:14:55 PDT 2026

Affordable Housing Land Consultants
c/o Parker & Riggs LLP
110 West A St. Ste. 615
San Diego, CA 92101-3700

California Department of Tax and Fee Adminis
Account Information Group, MIC:29
P.O. Box 942879
Sacramento, CA 94279-0001

Century Housing Corporation
c/o Parker & Riggs LLP
110 West A St. Ste. 615
San Diego, CA 92101-3700

Dept. Indust. Rel., Labor Law Enforce.
1550 West Main St.
El Centro, CA 92243-2105

Div. of Labor Standards Enforcement
7575 Metropolitan Drive, Suite 210
San Diego, CA 92108-4424

Dun & Bradstreet
Attn: Lynne Roberts, 2nd Floor
3501 Corporate Parkway
PO Box 520
Center Valley, PA 18034-0520

Franchise Tax Board
Attn:  Bankruptcy
P.O. Box 2952
Sacramento, CA 95812-2952

Green Phair Scripps Partners LLC
945 E. J St
Chula Vista, CA 91910-6747

IRS-Insolvency Division
P.O. Box 7346
Philadelphia, PA 19101-7346

Margret Yaptangco as Trustee of The John A.
Robberson Schroedter LLP
501 West Broadway, Suite 1260
San Diego, CA 92101-8564

Renzulli Properties LLC
3383 La Junta Ave
San Diego, CA 92117-3542

Rudolph Kastlunger as Co-Trustee of The Dori
Robberson Schroedter LLP
501 West Broadway, Suite 1260
San Diego, CA 92101-8564

The Phair Company LLC
8311 The Grant Place
Bonita, CA 91902-2200

(p)U S SECURITIES AND EXCHANGE COMMISSION
LOS ANGELES REGIONAL OFFICE
444 SOUTH FLOWER STREET 9TH FLOOR
LOS ANGELES CA 90071-2934

United States Trustee
Office of the U.S. Trustee
880 Front Street
Suite 3230
San Diego, CA 92101-8897

U.S. Bankruptcy Court
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101-6991

Affordable Housing Land Consultants, LLC c/o
David Parker, Esq. & Gregory Riggs, Esq.
Parker & Riggs LLP
110 West A St. Ste. 615
San Diego, CA 92101-3700

Century Housing Corporation c/o
David Parker, Esq. & Gregory Riggs, Esq.
Parker & Riggs LLP
110 West A St. Ste. 615
San Diego, CA 92101-3700

Doris Kastlunger
501 West Broadway, Suite 1260
San Diego, CA 92101-8564

Duckor Metzger & Wynne
101 West Broadway, #1700
San Diego, CA 92101-8289

Dwight DeSantis
2255 Avenida De La Playa, #6
La Jolla, CA 92037-3245

Dwight H. DeSantis
c/o Susan C. Stevenson, Esq.
Pyle Sims Duncan & Stevenson
1620 Fifth Avenue, Suite 400
San Diego, CA 92101-2738

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A 340
PO Box 2952
SACRAMENTO, CA 95812-2952

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Jeffrey David Phair
8311 The Grant Place
Bonita,CA 91902-2200

LAILA RAIS
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, CA 92620-3663

Lane C. Hilton, Esq.
Robberson Schroedter LLP
501 West Broadway, Suite 1260
San Diego, CA 92101-8564

Lawrence J. Hilton
One LLP
23 Corporate Plaza, Suite 150-105
Newport Beach, CA 92660
Email: lhilton@onellp.com 92660-7911

Margret Yaptangco as Trustee of Kastlunger T
501 West Broadway, Suite 1260
San Diego, CA 92101-8564

Margret Yaptangco, Trustee of the John A. Ka
Robberson Schroedter LLP
501 W Broadway
San Diego, CA 92101-3536

Mary R. Robberson, Esq.
Robberson Schroedter LLP
501 West Broadway, Suite 1260
San Diego, CA 92101-8564

Neil Verbrugge
Trial Attorney for United States Trustee
880 Front Street, Third Floor, Suite 323
San Diego, CA 92101-8897

Renzulli Properties, LLC
3383 La Junita Avenue
San Diego, CA 92117-3542

Rudolph Kastlunger as Co-Trustee Kastlunger
501 West Broadway, Suite 1260
San Diego, CA 92101-8564

SARAH R. HASSELBERGER
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, CA 92620-3663

San Diego Treasurer-Tax Collector
1600 Pacific Hwy Rm 162 Attn BK Desk
San Diego, CA 92101-2477

Steve Yaptangco
501 West Broadway, Suite 1260
San Diego, CA 92101-8564

Thomas Renzulli
3383 La Junita Avenue
San Diego, CA 92117-3542

Thomas Renzulli
3383 La Junta Avenue
San Diego, CA 92117-3542

Tom Renzulli
8015 Balboa Avenue
San Diego, CA 92111-2416

Walt Pennington, Esq.
Pennington Law Firm
3304 30th Street
San Diego, CA 92104-4535

Wilmington Savings Fund Society, FSB
c/o ALDRIDGE PITE, LLP
3333 Camino del Rio South, Suite 225
San Diego, CA 92108-3808

Aaron E. De Leest
Marshack Hays Wood LLP
870 Roosevelt
92620
Irvine, CA 92620-3663

Bill Borsari
2017 Mesquite Court
Suite A-1
Carlsbad, CA 92009-6883

Brad Hixson
3215 Indian Hills Lane
Jamul, CA 91935-1514

Brian Canaris
Terra Development Inc.
2127 Olympic Parkway 1006-246
Chula Vista, CA 91915-1359

Danielle Drosch
13423 Wyngate Point
San Diego, CA 92130-1347

David Edward Hays
Marshack Hays Wood LLP
870 Roosevelt
Irvine, CA 92620-3663

Don Warren
5033 WIndsor Drive
San Diego, CA 92109-1342

Dorris Kastlunger
Robberson Schroedter LLP
501 West Broadway, Suite 1260
San Diego, CA 92101-8564

Doug Austin
703 16th Street, #200
San Diego, CA 92101-7329

Gay Borsari
2017 Mesquite Court
Carlsbad, CA 92009-6883

Jamie Starck
2045 Kettner Blvd., #100
San Diego, CA 92101-1750

Mark Farrington
11679 Via Firul
San Diego, CA 92128-4539

Mike Reed
551 Marina Avenue
Coronado, CA 92118-2715

Richard Bradley
7825 La Mesa Summit Drive
La Mesa, CA 91941-8081

Rob Hixson
CBRE
4301 La Jolla Village Dr., #3000
La Jolla, CA 92122-1484

Robert Scott
P.O. Box 847
Bonita, CA 91908-0847

Sarah Rose Hasselberger
Marshack Hays Wood LLP
870 Roosevelt
Irvine, CA 92620-3663

Sheldon Derezin
6409 Ridge Manor Avenue
San Diego, CA 92120-3831

Stan Drosch
2428 Baja Cerro Circle
San Diego, CA 92109-1541

Steve Yaptangco
Robberson Schroedter LLP
501 W Broadway
Suite 1260
San Diego, CA 92101-8564


Thomas C. Hebrank
501 W. Broadway, Ste.
San Diego, CA 92101-3536

Ure Kretowicz
c/o Cornerstone Community
1241 Cave Street, #200
La Jolla, CA 92037-3602

Vance Scheidt
3158 Occidental Street
San Diego, CA 92122-3205


Vincent Renda
Pinnacle Legal P.C.
9565 Waples Street
Suite #200
San Diego, CA 92121-2973


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


U.S. Securities and Exchange Commission
Attn: Bankruptcy Counsel
5670 Wilshire Boulevard, 11th Floor
Los Angeles, CA 90036-3648


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)BFS West, Inc.

(u)Floorit Financial Inc

(u)PR Investors Fund LLC


(d)United States Trustee
Office of the U.S. Trustee
880 Front Street
Suite 3230
San Diego, CA 92101-8897

(d)United States Trustee
Office of the U.S. Trustee
880 Front Street
Suite 3230
San Diego, CA 92101-8897

(u)Wilmington Savings Fund Society, FSB, not


(d)Renzulli Properties LLC
3383 La Junta Avenue
San Diego, CA 92117-3542

(u)Robberson Schroedter LLP 501 West Broadway

(u)Aaron E. De Leest


(du)Aaron E. De Leest

(u)Dwight H. DeSantis

(d)Jeffrey David Phair
8311 The Grant Place
Bonita, CA 91902-2200

(u)John Alioto
3614 Carleton Street
San Diego92106

(u)Laila Rais

(u)Sarah R Hasselberger

(d)Thomas Renzulli
3383 La Junta Avenue
San Diego, CA 92117-3542

End of Label Matrix

Mailable recipients    66
Bypassed recipients    16
Total                  82